**IT IS ORDERED as set forth below:**



**Date: August 15, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.    23-57716-JRS |
| | ) | |
| TIP TOP TUX, LLC, | ) | CHAPTER    7 |
| | ) | |
| Debtor. | ) | |
| | ) | JUDGE SACCA |

**ORDER**

The matter arose on the Application of Jason L. Pettie, in his capacity as Chapter 7 Trustee ("**Trustee**") in the above-captioned bankruptcy case (the "**Case**") for the bankruptcy estate of Tip Top Tux, LLC (the "**Estate**").  Trustee filed an application for appointment of Taylor English Duma LLP ("**TED**") as attorneys for Trustee (the "**Application**") during the period of his service as Trustee in the Case.  The Application and accompanying verified statement demonstrate that TED is a firm of attorneys qualified to practice in this Court, that TED is disinterested and represents no interest adverse to Debtor or the Estate. The U. S. Trustee has been served with the Application.  As this Case justifies employment of a professional for the purpose specified, it is hereby

{02629570-1 }

ORDERED that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is GRANTED.  Trustee is authorized to employ TED as attorneys to the Trustee in this Case during the period of his service as Trustee. It is further

ORDERED that compensation shall be paid to TED upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application.  It is further

ORDERED that this Order is entered subject to the objection of the United States Trustee, which objection must be filed with the Court within twenty-one (21) days after the date of entry hereof.

[END OF DOCUMENT]

Prepare and presented by:

TAYLOR ENGLISH DUMA LLP
*Attorneys for Trustee*

By: */s/ Jason L. Pettie*
    Jason L. Pettie
    State Bar No. 574783
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (678) 336-7226
E-mail: *jpettie@taylorenglish.com*

{02629570-1 }

## DISTRIBUTION LIST

Jason L. Pettie
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

Tip Top Tux, LLC
500 Floyd Boulevard
Sioux City, IA 51101

{02629570-1 }