**IT IS ORDERED as set forth below:**



**Date: August 15, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-57716-JRS |
| | : | |
| TIP TOP TUX, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**ORDER**

The matter arose upon the application of Jason L. Pettie, Chapter 7 Trustee ("**Trustee**"), to retain Hays Financial Consulting, LLC ("**HFC**") as accountants and financial advisors for the estate (the "**Application**") [Doc. No. 6]. The authorization sought appears to be in the best interests of this estate. The United States Trustee has been served with the application; accordingly, it is hereby

**ORDERED** that pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, the Trustee is hereby authorized to retain and appoint HFC as the accountants and financial advisors for the estate for the purposes and terms specified in the Application for reasonable compensation and reimbursement of expenses as the Court may award under applicable law after notice and hearing

{02629994-1 }

based upon an application to be filed in the case. There shall be no payment made or reimbursement of expenses to HFC without Court approval pursuant to applicable law.

This Order is entered subject to an objection of the United States Trustee or any other party in interest, which objection must be filed with the Clerk and served upon the undersigned Trustee within twenty-one (21) days of the entry of this Order.

[END OF DOCUMENT]

Prepared and presented by:


By: */s/ Jason L. Pettie*
    Jason L. Pettie
    State Bar No. 574783
    Chapter 7 Trustee



Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (678) 336-7226
E-mail:  jpettie@taylorenglish.com

{02629994-1 }

## DISTRIBUTION LIST

Jason L. Pettie
Chapter 7 Trustee
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tip Top Tux, LLC
500 Floyd Blvd.
Sioux City, IA 51101

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

{02629994-1 }