**IT IS ORDERED as set forth below:**



**Date: August 30, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TIP TOP TUX, LLC, et al. | ) | |
| | ) | |
| | ) | CASE NO: 23-57716-JRS |
| | ) | |
| **Debtor.** | ) | |
| | ) | **(Jointly administered)** |

**ORDER GRANTING DEBTORS' AMENDED MOTION FOR EXTENSION OF TIME
FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtors' Amended Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Docket No. 28] filed on August 29, 2023. It appears to the Court that a Chapter 7 case was commenced by the filing of a voluntary petition on August 11, 2023, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtors are obligated to file their Schedules and

Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expired on August 25, 2023; that Debtors seek an extension of time in which to file their Schedules and Statement of Financial Affairs; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**; and

2. The time period within which Debtors must file their schedules and Statement of Financial Affairs is hereby extended through and including September 8, 2023.

**[END OF DOCUMENT]**

**Prepared and Presented by:**

ROUNTREE LEITMAN KLEIN **&** GEER, LLC

*/s/ William A. Rountree*
William A. Rountree, GA Bar No. 616503
Will Geer, GA Bar No. 940493
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Tel. 404-584-1238
wrountree@rlkglaw.com
wgeer@rlkglaw.com
*Attorneys for Debtors*

DISTRIBUTION LIST

Will Geer
William A. Rountree
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd., Suite 350
Atlanta, GA 30329

Jason L. Pettie
Taylor English Duma
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Office of The United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303