**IT IS ORDERED as set forth below:**



**Date: August 30, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| **TIP TOP TUX, LLC**, *et al.* | ) | CASE NO. **23-57716-JRS** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER AND NOTICE GRANTING TRUSTEE'S MOTION TO LIMIT SERVICE**

On August 28, 2023, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates of Tip Top Tux, LLC, Heights, Inc., Tuxedo Holdings, Inc., Tuxedo Holdings MIN, Inc., Suit Up, Inc., Xedo, Inc., and Tuxedo Holdings CLE, Inc. (collectively, the "**Debtors**"), filed his Motion To Limit Service (the "**Motion**"), seeking to limit service to a defined list, with the exceptions as set forth below. The Motion may be granted as follows without hearing. Accordingly, it is hereby

**ORDERED** that, pursuant to F.R.B.P. 2002, all notices required to be mailed F.R.B.P. 2002(a)(2), (3), and (6) may be mailed only to the following list (the "**Short List**"):

(a) The Debtors and Debtors' counsel;

(b) All of those known to claim an alleged security interest in property held by the Debtors' estates;

{02631961-1 }

    (c) The Debtors' landlords, as provided to Trustee in a list by Debtors' counsel;

    (d) The United States Trustee; and

    (e) All others with requests on file with clerk of Court seeking notice of pleadings, including those who file notices after an Order on this motion goes into effect. It is further

**ORDERED** that, pursuant to F.R.B.P. 2002(m), subject to F.R.B.P. 2002(a) and (b), the court may from time to time designate other notices that need only be served on the Short List; it is further

**ORDERED AND YOU ARE HEREBY NOTIFIED THAT**, the proposed Short List as of August 29, 2023, is attached hereto as Exhibit A; it is further

**ORDERED AND YOU ARE HEREBY NOTIFIED THAT**, all known creditors and equity security holders shall continue to receive notice of (i) any hearing on a dismissal of the case(s) or the conversion of the case(s) to another chapter, and (ii) the time fixed for filing proofs of claims; and it is further

**ORDERED AND YOU ARE HEREBY NOTIFIED THAT**, IF YOU DO NOT FILE A REQUEST FOR NOTICE IN THE MANNER SET FORTH ABOVE (or have not already filed one), THEN YOU ARE NOT ENTITLED TO RECEIPT OF ANY NOTICE OF ANY REQUEST FOR RELIEF OR OTHER MATTER IN THE CASE EXCEPT THE 2 ITEMS SET FORTH DIRECTLY ABOVE; and it is further

**ORDERED** that the Clerk of Court shall serve this order and the Order Directing Joint Administration [Doc. #22] on all creditors and parties in interest in this case.

**[END OF DOCUMENT]**

{02631961-1 }

Prepared and submitted by:

*/s/ Jason L. Pettie*
Jason L. Pettie, Trustee
Georgia Bar # 574783
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
(678) 336-7226

{02631961-1 }

Exhibit "A"

Ally Bank
c/o AIS Portfolio Services, LLC
Account: XXXXXXXX5216
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

WPG Legacy LLC
Ronald E. Gold, Esq.
Erin P. Severini, Esq.
Frost Brown Todd LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202

Sherrel K Knighton
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207

Tara L Grundemeier
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207

140 JAB, LLC
c/o Paul J. Moronchnik, Esq.
Morochnik Law, LLC
1080 Peachtree St NE, Ste 1210
Atlanta, Georgia 30309

Justin Alexander, Inc.
11 Edison Place
Springfield, NJ 07081

Crowley ISD
c/o Perdue Brandon Fielder
attn:  Eboney Cobb, Esq.
500 East Border St, Suite 640
Arlington, TX 76010

Taxing District Collected by Potter Co
c/o Perdue Brandon Law Firm
attn:  Benjamin P Gifford
PO Box 9132
Amarillo, TX  79105

GA Department of Labor
148 Andrew Young Inter. Blvd
Suite 738
Atlanta, GA 30303-1733

GA Dept of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE
Suite 9100
Atlanta, GA 30345-3202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

SAAB VENTURES, LLC
PO BOX 887
STAFFORD, TX 77497-0887

CBRE Global Investors, LLC NPMC
RETAIL, LLC
PO BOX 101958
PASADENA, CA 91189-1958

TX BAYBROOK SQUARE CENTER LP
PO BOX 850300
Minneapolis, MN 55485-0300

BK North Park Plaza Ltd
c/o Baker Katz Mngmt LLC
3700 Buffalo Speedway
SUITE 400
HOUSTON, TX 77098-3709

Harper Huddleston
4061 Broadway
SAN ANTONIO, TX 78209-6370

Ranier Moore Plaza Acquisitions LLC
13760 Noel Road
Ste 1020
Dallas, TX 75240

The Commons at Willowbrook Inc.
PO BOX 849020
DALLAS, TX 75284-9020

TPP 306 First Colony LLC
1800 POST OAK BLVD
6 BLVD PLACE #400
HOUSTON, TX 77056

CFH Realty III/Sunset Valley LP
PO BOX 30344
TAMPA, FL 33630-3344

MCM Properties Ltd
4101 East 42nd Street
Odessa, TX 79762-7209

MT SAN ANTONIO I LLC
PO BOX 660394
DALLAS, TX 75266-0394

FW TX-Woodway Collection LP
3200 KIRBY DRIVE #910
HOUSTON, TX 77098

CPT Arlington Highlands 1 LP
PO BOX 206250
DALLAS, TX 75320-6250

HPC Whispering Creek Investors LP
18321 Ventura Blvd., Ste 980
Tarzana, CA 91356-4000

The Woodlands Mall Associates LLC
PO BOX 86 SDS-12-3053
Minneapolis, MN 55486-0086

Baldwin Park Plaza, LLc
8235 Douglas Ave
Dallas, TX 75225-6010

Local Westgate, LLC
C/O EDIFIS GROUP
5301 Katy Freeway, Ste. 200
HOUSTON, TX 77007-3866

Velasco Investments Corp
803 Hidden Woods DR
Keller, TX 76248-5461

Robert E Hampton
305 WEST LOOP 281 #100
LONGVIEW, TX 75605-4414

BLEX Exchange II LP
PO BOX 200346
DALLAS, TX 75320-0346

Shepherd Investors LP
1800 Post Oak Blvd Ste 400
c/o Wulfe Management Services, Inc.
HOUSTON, TX 77056-3962

Trinity Square Acquisitions LLC
3900 Park East Dr, STE 200
C/O: BEK Developers
Beachwood, OH 44122-4359

Findlay Mall Capital Holdings LLC
1010 Northern BLVD
SUITE #212
Great Neck, NY 11021-5320

Pacific Retail Capital Partners
100 N Pacific Coast Hwy
Ste 1925
El Segundo, CA 90245-5630

The Brierton Group LLC
6125 Luther Lane #134
Dallas, TX 75225-6202

Allied Dvlpmt of Parma LLC
68 Cedar Drive
Great Neck, NY 11021-2834

Mall at Great Lakes, LLC
Washington Prime Group LP
4900 East Dublin Granville Rd
Columbus, OH 43215

The Marion Plaza, Inc.
5577 Youngstown-Warren Rd.
Niles, OH 44446

Southern Park Mall LLC
7401 Market Street
Youngstown, OH 44512-5649

PFP Columbus II LLC
1500 Polaris Parkway
Columbus, OH 43240

TM/ALTO 5000 S Hulen LLC
PO BOX 734002
DALLAS, TX 75373-4002

Mall at Summit LLC
PO BOX 644271
Pittsburgh, PA 15264-4271

SPM Acquisition LLC
500 Southpark Cntr
Strongville, OH 44136-9320

Arthur Ferdinand, Tax Commissioner
Fulton County
141 Pryor St SW, #1085
Atlanta, GA 30303

Albert Uresti
Bexar County Tax Commissioner
PO Box 2903
San Antonio, TX 78299-2903

Carmen P Turner
Fort Bend Co Tax Assessor
1317 Eugene Heimann Cir
Richmond, TX 77469-3623

Tammy J McRae
Montgomery Co Tax Assessor
400 N San Jacinto
Conroe, TX 77301

Colorado Dept of Revenue
1375 Sherman ST
Room 504
Denver, CO 80261

IOWA Dept of Revenue
Administrative Wage Levy
PO BOX 10330
Des Moines, IA 50306-0330

Ohio Dept of Taxation
Bankruptcy Division
4485 Northland Ridge Blvd
Columbus, OH 43229

Wells Fargo Bank, NA
40 Technology Pkwy South
Suite 300
Norcross, GA 30092-0000

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350 2987
Clairmont Road
Atlanta, GA 30329-4448

Tuxedo Holdings, Inc.
500 Floyd Blvd.
Sioux City, IA 51101-2122

Tuxedo Holdings CLE, Inc.
500 Floyd Blvd
Sioux City, IA 51101-2122

Tuxedo Holdings MIN, Inc.
500 Floyd Blvd.
Sioux City, IA 51101-2122

Suit Up, Inc.
500 Floyd Blvd.
Sioux City, IA 51101-2122

Heights, Inc.
140 James Aldridge Blvd
Atlanta, GA 30336

Xedo, Inc.
500 Floyd Blvd
Sioux City, IA 51101-2122

Tip Top Tux, LLC
500 Floyd Blvd
Sioux City, IA 51101-2122

Office of the U.S. Trustee
Rm 362, Russell Federal Bldg
75 Ted Turner Drive
Atlanta, GA 30303

Gary W. Marsh
Troutman Pepper
600 Peachtree St, NE,
Ste 3000
Atlanta, GA 30308-2216

Pierce Rigney
Troutman Pepper
600 Peachtree St, NE
Ste 3000
Atlanta, GA 30308-2216

Julie Anne Parsons
McCrearry Veselka Bragg & Allen, PC
PO box 1269
Round Rock, TX 78680-1269