### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-57716-JRS |
| TIP TOP TUX, et al. ) | Chapter: 7 |
| ) | |
| Debtors. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COME NOW Austin B. Hayden and Gregory J. Pappas of Pappas Hayden Westberg & Jackson PC, and hereby enter their appearance on behalf of Hawthorne OP, LLC, as landlord (creditor) and party in interest in the above case.

The undersigned hereby enter their appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002(a) be served upon at the below address.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted,

**PAPPAS HAYDEN WESTBERG & JACKSON PC**

/s/ Austin B. Hayden
Gregory J. Pappas		Kansas Bar # 11993
Austin B. Hayden		Kansas Bar # 25258
7500 W. 110th Street, Suite 110
Overland Park, KS 66210
Telephone:	913/491-4050
Facsimile:	913/491-9318
E-Mail:	gpappas@phwjlaw.com
	ahayden@phwjlaw.com
ATTORNEYS FOR CREDITOR
HAWTHORNE OP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 12th day of September, 2023.

DEBTORS: Tip Top Tux, LLC, et al. 500 Floyd Blvd. Sioux City, IA 51101 **VIA ECF Noticing through their counsel**

COUNSEL FOR DEBTORS: Willaim A. Rountree Rountree Leitman Klein & Geer, LLC 2987 Clairmont Road, Suite 350 Atlanta, GA 30329 **VIA ECF Noticing**

TRUSTEE: Jason L. Pettie Taylor English Duma 1600 Parkwood Circle, SE, Suite 200 Atlanta, GA 30339 **VIA ECF Noticing**

US TRUSTEE: Office of the US Trustee 75 Ted Turner Drive, SW, Room 362 Atlanta, GA 30303 **VIA ECF Noticing**

/s/ Austin B. Hayden
Austin B. Hayden		Kansas Bar # 25258