**IT IS ORDERED as set forth below:**



**Date: October 20, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| **TIP TOP TUX, LLC**, *et al.* | ) | CASE NO. **23-57716-JRS** |
| | ) | |
| <u>            Debtors.            </u> | ) | (Jointly Administered) |

**ORDER AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Jason L. Pettie, the Chapter 7 Trustee ("**Trustee**") filed *Trustee's Second Motion to Sell Personal Property (Property at Houston and Anya Bridal Warehouses Through an Internet Auction and a 2018 Buick Through a Direct Sale)* ("**Sale Motion**") on October 18, 2023.

**PLEASE TAKE FURTHER NOTICE** Trustee filed his *Motion to Shorten Notice Period for Trustee's Second Motion to Sell Personal Property (Property at Houston and Anya Bridal Warehouses Through an Internet Auction and a 2018 Buick Through a Direct Sale)* [Doc. No. 85] (the "**Motion**") on October 19, 2023, which requested an expedited hearing on the Sale Motion. It is hereby

{02668031-1 }

**ORDERED** that the Motion is GRANTED.  It is further

**ORDERED AND FURTHER NOTICE** is hereby given that the Court will hold a hearing on Sale Motion at **10:30 A.M** on **November 2, 2023**, in Courtroom 1404, Richard B. Russell Federal Building and the United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website.  Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.  Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate of service stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk before the hearing.  The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below. Trustee shall provide service of this

{02668031-1 }

Order and Notice of Hearing upon all interested parties as required by this Court's *Order and Notice Granting Trustee's Motion to Limit Service* [Doc. No. 32], within twenty four (24) hours of entry of this Order.

**[END OF ORDER]**

Prepared and presented by:

**TAYLOR ENGLISH DUMA, LLP**

By: */s/ Jason L. Pettie*
    Jason L. Pettie
    Georgia Bar No. 574783
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Tele: (678) 336-7226
Email: jpettie@taylorenglish.com
Attorneys for Trustee

{02668031-1 }