**IT IS ORDERED as set forth below:**



Date: November 3, 2023

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| TIP TOP TUX, LLC, | ) | |
| | ) | |
| Debtor | ) | CASE NO. 23-57716-jrs |
| _____ | ) | |
| | ) | |
| ALTERMAN-TOWN CENTER, LLC, | ) | |
| | ) | CONTESTED MATTER |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JASON PETTIE, Chapter 7 Trustee, | ) | |
| | ) | |
| Respondent | ) | |
| _____ | ) | |

**ORDER ON MOTION SEEKING RELIEF UNDER 11 U.S.C. § 365**

Before the Court is the *Motion to (1) Compel Compliance with 11 U.S.C. § 365(d)(3), (2) Reject Lease of Nonresidential Real Property, and (3) Grant Related Relief, Including Allowance*

*of Administrative Expense* (the "Motion")(Doc. No. 76). In the Motion, Alterman-Town Center, LLC ("Movant"), sought certain relief related to a lease (the "Lease") between Movant and Tip Top Tux, LLC ("Debtor") relating to Space 6, Suite 150, in the Town Center Mall Shops located in Kennesaw, Georgia (the "Location"), including rejection of the Lease.

Subsequent to the filing of the Motion, Jason L. Pettie, chapter 7 trustee for the bankruptcy estate of Debtor ("Trustee") filed his *Omnibus Motion of the Chapter 7 Trustee for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion and (B) the Abandonment of any Remaining Property at the Rejected Locations, and (II) Granting Related Relief* (the "Rejection Motion")(Doc. 78), which sought, among other things, rejection of the Lease effective October 12, 2023, and abandonment of any property remaining at the Location. Movant consents to the relief sought in the Rejection Motion.

The Motion came to be heard on November 2, 2023. There being no opposition to entry of this Order, it is

ORDERED that the relief sought in the Motion relating to rejection of the Lease is moot by virtue of Trustee's rejection of the Lease; and it is further

ORDERED that Movant is authorized to apply its Security Deposit (as defined in the Motion) to its prepetition rejection damages claim; and it is further

ORDERED that Movant may file a separate application for allowance of an administrative expense for postpetition rent, and Movant's rights with respect thereto are preserved.

[END OF DOCUMENT]

**Preparer's Signature on Next Page**

**Prepared and presented by:**

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
*Counsel for Movant*

By: */s/ G. Frank Nason, IV*
      G. Frank Nason, IV
      Georgia Bar No. 535160
6000 Lake Forrest Drive, N.W., Ste. 435
Atlanta, GA  30328
(404) 262-7373

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 435, Atlanta, GA 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Jason L. Pettie, Taylor English Duma LLP, 1600 Parkwood Circle, SE, Suite 2100, Atlanta, GA 30339

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-57716-jrs |
| Tip Top Tux, LLC | Chapter 7 |
| Suit Up, Inc. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 5 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf429 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tip Top Tux, LLC, 500 Floyd Blvd., Sioux City, IA 51101-2122 |
| aty | + | Anthony R. Santiago, Walter Haverfield LLP, 1301 E. Ninth Street, Suite 3500, Cleveland, OH 44114-1821 |
| aty | + | Erin P Severini, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4245 |
| aty | + | Gregory J. Pappas, Pappas Hayden Westberg & Jackson PC, 7500 W 110th Street, Ste 110, Overland Park, KS 66210-2476 |
| aty | + | Lauren D. Roglen, Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| aty | + | Margaret A. Vesper, Ballard Spahr, 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| aty | + | Mark S. Fusco, Walter Haverfield LLP, 1301 E. Ninth Street, Suite 3500, Cleveland, OH 44114-1821 |
| aty | + | W. Steven Bryant, Locke Lord LLP, 300 Colorado Street, Ste 2100, Austin, TX 78701-4890 |
| | | G.Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A.,, Suite 435, Atlanta, GA 30328 |
| jadmdb | + | Heights, Inc., 140 James Aldrige Blvd, Atlanta, GA 30336-2100 |
| | + | Jason L. Pettie, Taylor English Duma LLP, 1600 Parkwood Circle, SE, Suite 2100, Atlanta, GA 30339-2119 |
| cr | + | Southlake Equities, LLC, 934 Glenwood Avenue SE, Suite 110, Atlanta, GA 30316-1876 |
| jadmdb | + | Suit Up, Inc., 500 Floyd Blvd., Sioux City, IA 51101-2122 |
| jadmdb | + | Tuxedo Holdings CLE, Inc., 500 Floyd Blvd, Sioux City, IA 51101-2122 |
| jadmdb | + | Tuxedo Holdings MIN, Inc., 500 Floyd Blvd., Sioux City, IA 51101-2122 |
| jadmdb | + | Tuxedo Holdings, Inc., 500 Floyd Blvd, Sioux City, IA 51101-2122 |
| cr | + | UG2 Solon, OH, LP, United Growth Attn Mark Swerling, 1000 Fourth Street, Suite 290, San Rafael, CA 94901, UNITED STATES 94901-3126 |
| jadmdb | + | Xedo, Inc., 500 Floyd Blvd, Sioux City, IA 51101-2122 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2023 20:36:33 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 03 2023 20:28:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 5 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf429 | Total Noticed: 20 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Austin B. Hayden
on behalf of Creditor Hawthorne OP LLC ahayden@phwjlaw.com, gpappas@phwjlaw.com

Benjamin F Baker
on behalf of Creditor Southlake Equities LLC foss@downslawllc.com

Benjamin R Keck
on behalf of Creditor KFLP Equity 3 LLC bkeck@kecklegal.com, 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

Daniel L. Wilder
on behalf of Creditor Buzzini L.P. dwilder@goodmanlaw.org bkydept@goodmanlaw.org;bkydept5@goodmanlaw.org

Diane Sanders
on behalf of Creditor Victoria County diane.sanders@lgbs.com austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor Nueces County diane.sanders@lgbs.com austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor Hidalgo County diane.sanders@lgbs.com austin.bankruptcy@lgbs.com

Diane Sanders
on behalf of Creditor City of McAllen diane.sanders@lgbs.com austin.bankruptcy@lgbs.com

Douglas M Eppler
on behalf of Creditor UG2 Solon OH, LP deppler@walterhav.com

Dustin P. Branch
on behalf of Creditor CP Venture Five - AWC LLC branchd@ballardspahr.com, carolod@ballardspahr.com

Dustin P. Branch
on behalf of Creditor Belden Mall LLC branchd@ballardspahr.com carolod@ballardspahr.com

Dustin P. Branch
on behalf of Creditor TM/Alto 5000 S Hulen LLC branchd@ballardspahr.com, carolod@ballardspahr.com

G. Frank Nason, IV
on behalf of Creditor Alterman-Town Center LLC fnason@lcenlaw.com, NasonFR86494@notify.bestcase.com;rstuder@lcenlaw.com

Gary W. Marsh
on behalf of Creditor PMOF Special Situations Private Credit Fund LLC gary.marsh@troutman.com wlbank@troutman.com

Heather D. Brown
on behalf of Creditor KDI Atlanta Mall LLC heather@hdbrownlaw.com

Jacob A. Maurer
on behalf of Creditor Momentum Telecom Inc. jmaurer@brawwlaw.com, cbastos@brawwlaw.com

Jarrod B. Martin
on behalf of Creditor Kagan Realty Investors Inc. jarrod.martin@chamberlainlaw.com, lara.coleman@chamberlainlaw.com

Jason L Pettie
on behalf of Trustee Jason L. Pettie jpettie@taylorenglish.com

Jason L. Pettie
on behalf of Trustee Jason L. Pettie jpettie@taylorenglish.com GA25@ecfcbis.com;jp@trustesolutions.net

Jason L. Pettie
jpettie@taylorenglish.com GA25@ecfcbis.com;jp@trustesolutions.net

John McDonald
on behalf of Creditor Tailwind 1861 Adams LLC jmcdonald@taftlaw.com

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 3 of 5 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf429 | Total Noticed: 20 |

Jon Stautberg
    on behalf of Creditor Buzzini L.P. jmslaw@att.net

Jon Stautberg
    on behalf of Creditor BOKF NA d/b/a Bank of Texas jmslaw@att.net

Julie Anne Parsons
    on behalf of Creditor The County of Denton Texas jparsons@mvbalaw.com, theresa.king@mvbalaw.com

Julie Anne Parsons
    on behalf of Creditor The County of Williamson Texas jparsons@mvbalaw.com, theresa.king@mvbalaw.com

Julie Anne Parsons
    on behalf of Creditor The County of Brazos Texas jparsons@mvbalaw.com, theresa.king@mvbalaw.com

Katherine A Rehan
    on behalf of Creditor The Lund Company krehan@smithpauley.com

Leslie C. Heilman
    on behalf of Creditor MT San Antonio I LLC heilmanl@ballardspahr.com, vesperm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Weitzman heilmanl@ballardspahr.com vesperm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Brookfield Retail Properties Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com

Leslie C. Heilman
    on behalf of Creditor Woodlands Mall Associates heilmanl@ballardspahr.com vesperm@ballardspahr.com

Michelle E. Shriro
    on behalf of Creditor RED Development LLC mshriro@singerlevick.com, scotton@singerlevick.com

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

Paul J Morochnik
    on behalf of Creditor 140 JAB LLC paul@morochnik.com carol@morochnik.com

Pierce Rigney
    on behalf of Creditor PMOF Special Situations Private Credit Fund LLC pierce.rigney@troutman.com

Riley Bowden Liu
    on behalf of Creditor Momentum Telecom Inc. rliu@brawwlaw.com

Ronald E. Gold
    on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, awebb@fbtlaw.com

Ronald M. Tucker
    on behalf of Creditor Simon Property Group Inc. rtucker@simon.com, bankruptcy@simon.com

Sherrel Knighton
    on behalf of Creditor Tarrant County sherrel.knighton@lgbs.com

Sherrel Knighton
    on behalf of Creditor Dallas County sherrel.knighton@lgbs.com

Sherrel Knighton
    on behalf of Creditor Gregg County sherrel.knighton@lgbs.com

Sherrel Knighton
    on behalf of Creditor Lewisville ISD sherrel.knighton@lgbs.com

Steven J. Flynn
    on behalf of Creditor SL5 ATL Industrial 2 LP steven.flynn@lockelord.com, ldaugherty@lockelord.com;Shelby.Howard@lockelord.com

Tara LeDay
    on behalf of Creditor Kagan Realty Investors Inc. tara.leday@chamberlainlaw.com

Tara L. Grundemeier
    on behalf of Creditor Montgomery County Tara.Grundemeier@lgbs.com Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Lone Star College Tara.Grundemeier@lgbs.com Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com

Tara L. Grundemeier
    on behalf of Creditor Fort Bend County Tara.Grundemeier@lgbs.com Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com

Tara L. Grundemeier

| District/off: 113E-9 | User: bncadmin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: pdf429 | Total Noticed: 20 |

| | |
|---|---|
| | on behalf of Creditor Angelina County Tara.Grundemeier@lgbs.com  Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Jefferson County Tara.Grundemeier@lgbs.com  Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor City of Houston Tara.Grundemeier@lgbs.com  Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Emergency Service District #47 Tara.Grundemeier@lgbs.com Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor City of Webster Tara.Grundemeier@lgbs.com  Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Katy ISD Tara.Grundemeier@lgbs.com  Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston Community College Tara.Grundemeier@lgbs.com Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Houston ISD Tara.Grundemeier@lgbs.com  Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | |
| | on behalf of Creditor Cypress-Fairbanks ISD Tara.Grundemeier@lgbs.com Monica.Herrera@lgbs.com;Houston_bankruptcy@lgbs.com |
| Todd H. Surden | |
| | on behalf of Creditor Rainier Moore Plaza Acquisitions  LLC todd.surden@hartmansimons.com, deloris.person@hartmansimons.com |
| William A. Rountree | |
| | on behalf of JointAdmin Debtor Xedo  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of Debtor Suit Up  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of Debtor Xedo  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of Debtor Tuxedo Holdings MIN  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of Debtor Heights  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of Debtor Tuxedo Holdings  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of Debtor Tuxedo Holdings CLE  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of JointAdmin Debtor Tuxedo Holdings  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of JointAdmin Debtor Heights  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |
| William A. Rountree | |
| | on behalf of JointAdmin Debtor Tuxedo Holdings CLE  Inc. wrountree@rlkglaw.com, swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com |

District/off: 113E-9 | User: bncadmin | Page 5 of 5
Date Rcvd: Nov 03, 2023 | Form ID: pdf429 | Total Noticed: 20

William A. Rountree
    on behalf of JointAdmin Debtor Suit Up  Inc. wrountree@rlkglaw.com,
    swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com

William A. Rountree
    on behalf of Debtor Tip Top Tux  LLC wrountree@rlkglaw.com,
    swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com

William A. Rountree
    on behalf of JointAdmin Debtor Tuxedo Holdings MIN  Inc. wrountree@rlkglaw.com,
    swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com

TOTAL: 70