# WALTER | HAVERFIELD LLP
### Attorneys At Law

Douglas M. Eppler | deppler@walterhav.com
DIRECT LINE 216.619.2068 | DIRECT FAX 216.916.2329
1301 E. Ninth St. | Suite 3500 | Cleveland, OH 44114

November 14, 2023

Filed in U.S Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

NOV 24 2023

By: _____
Deputy Clerk

**VIA US MAIL**

Clerk of Courts
Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

      Re:    **TIP TOP TUX, LLC**
                **United States Bankruptcy Court, Northern District of Georgia (Atlanta)**
                *Case No.: 23-57716-JRS*

Dear Sir/Madam:

Please allow this correspondence to serve as a formal withdrawal notice of the listed creditor UG2 <u>Salon</u>, OH LP due to an incorrect spelling. Please note the correct spelling is UG2 Solon, OH LP which to date, has been listed as a new creditor and a Proof of Claim filed.

    Should you have any questions, please contact me.

                              Very truly yours,

                              */s/ Douglas M. Eppler*

                              Douglas M. Eppler

DME
**WALTER | HAVERFIELD** LLP
Attorneys At Law

1301 East Ninth Street, Suite 3500
Cleveland, OH 44114



Bankruptcy

Clerk of Courts
Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

CLEARED DATE
NOV 24 2023