UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| **TIP TOP TUX, LLC**, *et al.* | ) | CASE NO. **23-57716-JRS** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## REPORT OF SALE

NOW COMES Jason L. Pettie, Trustee in the above-captioned case, and files this Report of Sale, reporting that Trustee sold certain personal property from the Debtors' warehouse located at 140 James Aldredge Boulevard, Atlanta, Georgia 30336 in an auction that concluded on November 14, 2023 pursuant to the terms of the sale order entered by the Court on October 17, 2023 [Doc. No. 83], as shown on the statements filed herewith as Exhibit "A".

Respectfully submitted this 3rd day of January, 2024.

/s/ Jason L. Pettie
Jason L. Pettie, Trustee
Georgia Bar # 574783
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
770-434-6868

{02708455-1 }



6470 East Johns Crossing   |   Suite 160   |   Johns Cerek, GA 30097
770-544-7479 phone  |  888-544-7479 fax
www.BullseyeAuctions.com

## Seller Settlement

| Seller Information | | Auction Information | |
|---|---|---|---|
| **Seller Name:** | Jason Pettie | **Auction:** | Tip Top Tux - 3 |
| **Company Name:** | Chapter 7 Trustee | **Date:** | Tuesday, November 14, 2023 |
| **Address:** | 1600 Parkwood Circle, Suite 200 | **Time:** | 10:00 AM EST |
| **City, State & Zip:** | Atlanta, GA 30339 | **Location:** | 140 James Aldredege Blvd. |
| **Email Address:** | jpettie@taylorenglish.com | | Atlanta, GA  30336 |
| **Phone:** | 678-336-7226 | | |

### Expenses

| Date | Amount | Merchant | Description |
|---|---|---|---|

*All expenses will be reconciled separate from final settlement*

### Summary

| | |
|---:|---:|
| Auction Gross: | $125,009.00 |
| Auctioneer Commissions: | -$23,571.80 |
| Adjusted Auction Gross: | $101,437.20 |
| Total Auction Expenses: | N/A |
| **Auction Net to Seller:** | **$101,437.20** |

Bullseye Auction & Appraisal, LLC

6470 East Johns Crossing, Suite 160

Johns Creek, GA  30097 US

(770) 544-7479

merrin@BullseyeAuctions.com

www.BullseyeAuctions.com



# INVOICE

**BILL TO**

Jason Pettie, Chapter 7 Trustee

1600 Parkwood Circle, Ste. 200

Atlanta, GA  30339

**INVOICE #** 3979
**DATE** 11/28/2023
**DUE DATE** 11/28/2023
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Commission**<br>Bankruptcy Case #23-57716-JRS<br>20% Commission for all personal property items<br>10% Commission for all vehicles<br>TTT - 3 | 1 | 23,571.80 | 23,571.80 |
| | **BALANCE DUE** | | **$23,571.80** |

Please mail payments to:
  6470 East Johns Crossing
  Suite 160
  Johns Creek, GA 30097

We greatly appreciate your business and look forward to working with you again soon!

Please mail payments to:
Bullseye Auction & Appraisal, LLC
6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097



# Tip Top Tux - 3
## Priced Lot List

| Lot # | Description | Bidder | Price |
|---|---|---|---|
| 2 | 2018 Buick Regal Tour X, 79,132 Miles, VIN W04GV8SX7J1136432 - Update 11/7/23 - Please note, title will be delivered by Bankruptcy Trustee within 30 days or receipt of payment | 2057 | $14,300.00 |
| 3 | (2) Pit Posse Motorsports LED Wall Mount Lights | 2036 | $55.00 |
| 4 | Five Step Rolling Platform Ladder | 2038 | $10.00 |
| 5 | Large Orange Poly Cart | 2019 | $10.00 |
| 6 | Pregis Air Speed HC Versa Hybrid Cushioning | NOT SOLD | $0.00 |
| 7 | Large Grey Poly Cart | 2045 | $15.00 |
| 8 | Green Uline H-1580 Rolling Laundry Cart | 2078 | $50.00 |
| 9 | Large Blue Poly Cart | 2047 | $15.00 |
| 10 | Five Step Rolling Platform Ladder | 2063 | $10.00 |
| 11 | Five Step Rolling Platform Ladder | 2080 | $15.00 |
| 12 | Five Step Rolling Platform Ladder | 2047 | $15.00 |
| 13 | (5) Rolling Apparel Racks | 2080 | $20.00 |
| 14 | (5) Rolling Apparel Racks | 2079 | $40.00 |
| 15 | Large Yellow Poly Cart | 2081 | $15.00 |
| 16 | Medium Blue Poly Cart | 2047 | $20.00 |
| 17 | (3) Rolling Z-Rack Apparel Racks | 2069 | $50.00 |
| 18 | Five Step Rolling Platform Ladder | 2047 | $10.00 |
| 19 | Trade Show Accessory with Rolling Plastic Case | 2026 | $5.00 |
| 20 | Five Step Rolling Platform Ladder | 2047 | $10.00 |
| 21 | Five Step Rolling Platform Ladder | 2047 | $10.00 |
| 22 | (2) Medium Yellow Glosstex Laundry Carts | 2081 | $60.00 |
| 23 | Heavy Duty Rolling Apparel Rack | 2047 | $10.00 |
| 24 | Five Step Rolling Platform Ladder | 2047 | $10.00 |
| 25 | Large Green Poly Cart | 2081 | $45.00 |
| 26 | (6) Adjustable Load Lock Bars | 2005 | $71.00 |
| 27 | (4) Rolling Z-Rack Apparel Racks | 2081 | $85.00 |
| 28 | (5) Rolling Apparel Racks | 2079 | $45.00 |

| # | Description | Year | Price |
|---|---|---|---|
| 29 | (3) Rolling Rounded Z-Rack Apparel Racks | 2069 | $60.00 |
| 30 | (5) Rolling Z-Rack Apparel Racks | 2081 | $170.00 |
| 31 | Selco Balers Model 75HD Baler | 2031 | $260.00 |
| 32 | 2011 Union HL890 275 Gallon Commercial Dry Cleaning Machine - MN 610 F1 0537 | 2031 | $8,100.00 |
| 33 | 2011 Union HL890 275 Gallon Commercial Dry Cleaning Machine - MN 610 F1 0536 | 2031 | $8,100.00 |
| 34 | Sidi Mondial EKO Spotting Board | 2024 | $80.00 |
| 35 | 2016 Union HXL8032-K Tandem Alternative Solvent Machines - MN's 767 L6 0322 &amp; 778 L6 0322 | 2031 | $6,900.00 |
| 36 | 2011 Union HL890 275 Gallon Commercial Dry Cleaning Machine - MN 610 F1 0538 | 2073 | $14,600.00 |
| 37 | 2015 Ilsa Ipura 640 Plus Dry Cleaning Machine | 2024 | $410.00 |
| 38 | 2010 Wascomat Model EXSM665CL 65 Pound Commercial Washer | 2024 | $770.00 |
| 39 | UniMac Model UW100PVQU10001 High Performance Washer Extractor | 2024 | $860.00 |
| 40 | 2006 Wascomat Model EXSM665CA 65 Pound Capacity Wet Clean System | 2024 | $590.00 |
| 41 | 2008 Wascomat Model EXSM665CL 65 Pound Commercial Washer | 2024 | $750.00 |
| 42 | 2015 Wascomat Model EX677CL 65 Pound Capacity Wet Clean System | 2026 | $3,500.00 |
| 43 | Wascomat TD50 Dryer | 2024 | $360.00 |
| 44 | Electrolux T5675 Commercial Dryer | 2024 | $390.00 |
| 45 | Electrolux T5675 Commercial Dryer | 2024 | $390.00 |
| 46 | Electrolux T5550 Commercial Dryer | 2026 | $2,175.00 |
| 47 | UniMac Model High Performance Washer Extractor | 2024 | $730.00 |
| 48 | Sold with lot 59 2002 Fulton FB-060-LE Fuel Fired Steam Boiler System - Must disconnect and remove | 2024 | $0.00 |
| 49 | Sold with lot 59 2002 Fulton FB-060-LE Fuel Fired Steam Boiler System - Must disconnect and remove | 2024 | $0.00 |
| 50 | Fulton Boiler - Must disconnect and remove | 2024 | $400.00 |
| 51 | Fulton Boiler - Must disconnect and remove | 2024 | $25.00 |
| 52 | Max Air Pro Barrel Rolling Barrel Fan | 2026 | $71.00 |
| 53 | Banding Cart and SUpplies | 2005 | $25.00 |
| 54 | Unipress Hurricane Model HS2 Double Buck Body Press, S/N 1592397 | 2026 | $6,000.00 |
| 55 | Unipress Q4T Collar and Cuff Press, S/N 1278030 | 2005 | $2,800.00 |
| 56 | Sold with lot 59 Unipress LS 2 Double Buck and Sleever, S/N 1274155 | 2024 | $0.00 |
| 57 | Sold with lot 59 Unipress LS 2 Double Buck and Sleever, S/N 1274154 | 2024 | $0.00 |
| 58 | Unipress Q4T Collar and Cuff Press, S/N 1578391 | 2005 | $3,850.00 |
| 59 | Unipress LS 2 Double Buck and Sleever, S/N 1274090 | 2024 | $675.00 |
| 60 | Veit Tunnel Finisher | NOT SOLD | $0.00 |
| 61 | Forenta Model 47FGR Legger Press, S/N M8FGR27289047 | 2024 | $5.00 |
| 62 | Forenta Model 47FGR Legger Press, S/N M10FGR36192047 | 2024 | $5.00 |
| 63 | Forenta Model 47FGR Legger Press, S/N Unknown | 2024 | $5.00 |
| 64 | Forenta Model 47FGR Legger Press, S/N Unknown | 2024 | $808.00 |

| | | | |
|---|---|---|---|
| 65 | Forenta Model 47FGR Legger Press, S/N Unknown | 2024 | $430.00 |
| 66 | Ajax Legger Press, S/N Unknown | 2024 | $526.00 |
| 67 | Ajax Legger Press, S/N Unknown | 2024 | $10.00 |
| 68 | 2006 Sankosha PS-500U-V1 Auto Bagger, S/N U650001 | 2026 | $200.00 |
| 69 | 2000 Sankosha WH-650U Machine, S/N 186015 | 2031 | $390.00 |
| 70 | Manual Bagger Clothing Rack | 2078 | $55.00 |
| 71 | Hoffman Release Model UACB-21MP Lapel Press, S/N 139940 | 2031 | $8,001.00 |
| 72 | Hoffman Release Model UACB-21MP Lapel Press, S/N 141638 | 2005 | $9,900.00 |
| 73 | Macpi Model 205.01-7360 Lapel Press, S/N 131905 | 2031 | $410.00 |
| 74 | Forenta Model 471 SLMAC Coat Press | 2024 | $15.00 |
| 75 | Forenta Model 421 SURMC Coat Press | 2024 | $15.00 |
| 76 | Unipress Model 42RX Utility Press, S/N 9680750 | 2031 | $450.00 |
| 77 | Unipress Model 42RX Utility Press, S/N 9580770 | 2031 | $510.00 |
| 78 | Forenta 42FOR Utility Press, S/N M11FOR42186042 | NOT SOLD | $0.00 |
| 79 | Unipress Model 45RX Utility Press, S/N 1173025 | 2005 | $1,550.00 |
| 80 | Ridgid Kollman K-750 Drain Cleaning Machine | 2024 | $220.00 |
| 81 | (4) Rolling Z-Rack Apparel Racks | 2075 | $140.00 |
| 82 | FS-Curtis NxB-11 15-HP 80-Gallon Rotary Screw Air Compressor - PN FNB11BXD4JXXX, S/N NB11J17004 | 2027 | $380.00 |
| 83 | (14) Boxes Black Opaque Film, 21" x 4" x p42" (Savvi logo printed) - and Manual Clothing Rack Suit Bagger | 2007 | $5.00 |
| 84 | Macpi Model 555.704-7361 Press (unknown condition) - S/N 131202 | 2031 | $5.00 |
| 85 | Six Step Rolling Staircase | 2047 | $25.00 |
| 86 | All Hanging White Shirts on Three Rails and (9) Rolling Z-Racks | 2078 | $451.00 |
| 87 | (3) Rolling Z-Rack Apparel Racks | 2075 | $80.00 |
| 88 | (7) Rolling Z-Rack Apparel Racks | 2081 | $220.00 |
| 89 | (3) Rolling Z-Rack Apparel Racks | 2075 | $60.00 |
| 90 | (2) Rolling Z-Rack Apparel Racks | 2069 | $35.00 |
| 91 | Hi-Steam Ironing Table S/N 267 | 2063 | $5.00 |
| 92 | US Stitch-Line Blind Stitch Sewing Machine Model SL 718-2 | 2023 | $5.00 |
| 93 | US Stitch-Line Blind Stitch Sewing Machine Model 1118-2 | 2016 | $5.00 |
| 94 | Large Quantity Prym Clip Off Fasteners | 2031 | $25.00 |
| 95 | (2) Containers Clip Off Fasteners | 2031 | $15.00 |
| 96 | Singer Sewing Machine | 2080 | $10.00 |
| 97 | Consew Sewing Machine | 2016 | $75.00 |
| 98 | Chandler Mark 60 Sewing Machine | 2005 | $15.00 |
| 99 | Texas Automation Products ES 32 Heat Seal Machine | 2005 | $15.00 |
| 100 | Large Quantity of White Shirts and (7) Rolling Z-Rack Apparel Racks | 2005 | $500.00 |
| 101 | Six Step Rolling Staircase | 2063 | $20.00 |
| 102 | All Contents of Workstation - Organizers and Contents | 2036 | $15.00 |
| 103 | Hi-Steam Naomoto Vacuuming Table | NOT SOLD | $0.00 |

| | | | |
|---|---|---|---|
| 104 | US Stitch-Line Blind Stitch Sewing Machine Model 1099-PB-1 | 2063 | $10.00 |
| 105 | Consew Sewing Machine | 2016 | $45.00 |
| 106 | Hi-Steam Naomoto Vacuuming Table Model FB-870S | 2074 | $5.00 |
| 107 | Juki MB-377NS Sewing Machine | 2066 | $5.00 |
| 108 | Large Quantity of Black Tux Shoes (STNBLK) | 2047 | $201.00 |
| 109 | Large Quantity of Brown Tux Shoes (MONCOG) | 2079 | $211.00 |
| 110 | All Remaining Black Suits Hanging on Multiple Rails in Back Left Corner | 2005 | $1,081.00 |
| 111 | All Remaining Grey Suits Hanging on Multiple Rails in Back Left Corner | 2047 | $801.00 |
| 112 | All Remaining Blue Suits Hanging on Multiple Rails in Back Left Corner | 2036 | $931.00 |
| 113 | All Remaining Shirts Hanging on Multiple Rails in Back Left Corner | 2078 | $410.00 |
| 114 | Entire Custom Rail System Throughout Main Warehouse Area - (speak to Auctioneer re: removal) Inspection Nov. 13th - Bid Deadline Nov. 14th - Removal Nov. 15th | 2077 | $20.00 |
| 115 | Max Air Pro Barrel Rolling Barrel Fan - (frayed wire) Inspection Nov. 13th - Bid Deadline Nov. 14th - Removal Nov. 15th | 2030 | $75.00 |
| 116 | Juki MB-373 Sewing Machine | 2074 | $10.00 |
| 117 | Glaco CM3-601 Sewing Machine | 2074 | $5.00 |
| 118 | Hoffman Brothers Sewing Machine | 2023 | $5.00 |
| 119 | Juki MB-372 Sewing Machine | 2063 | $5.00 |
| 120 | Hi-Steam Naomoto Vacuuming Table Model FB-870S | NOT SOLD | $0.00 |
| 121 | All Misc. Parts and Supplies Along Wall, Shelves and Cabinets | 2031 | $51.00 |
| 122 | Hi-Steam Vacuuming Table | NOT SOLD | $0.00 |
| 123 | Texas Automation Products ES 32 Heat Seal Machine | 2026 | $40.00 |
| 124 | California Air Tools Air Compressor | 2007 | $30.00 |
| 125 | Large Quantity Black Tux Shoes in Back Left Room Marked "ATLMAT" | 2079 | $330.00 |
| 126 | Large Quantity Black Tux Shoes in Back Left Room Marked "SEVBLK" | NOT SOLD | $0.00 |
| 127 | Large Quantity Brown Tux Shoes in Back Left Room Marked "ATLBRN" | 2047 | $10.00 |
| 128 | Large Quantity Grey Tux Shoes in Back Left Room Marked "ATLBGRY" | 2047 | $10.00 |
| 129 | Large Quantity Brown Tux Shoes in Back Left Room Marked "STNCOG" | 2047 | $10.00 |
| 130 | All Shirts Hanging on Rails in Back Left Room | 2036 | $641.00 |
| 131 | (5) Boxes (2 per box) LED Panel High Bay Lights Model EAG-PHB2-80W | 2031 | $260.00 |
| 132 | Eagle Manufacturing Model PL-32 40 Gallon Cap. Flammable Cabinet | 2038 | $35.00 |
| 133 | Entire Contents of Caged Room - Tools, Parts, Tool Chests, Cabinets, Etc. | 2031 | $659.00 |
| 134 | (8) Hanger Holders and Hangers | 2078 | $20.00 |
| 135 | Macpi Steam Generator | 2031 | $1,225.00 |
| 136 | Sold with lot 59 Gardner Denver Rotary Screw Air Compressor Consisting of - Model VS45-704 (S/N8475521), Model MC400A7C2N1F (S/N 10000003016843) and Tank, 14,660 Hours | 2024 | $0.00 |
| 137 | 2015 Macpi Model 509.33-1114 Double Legger Carousel, S/N 131194 | NOT SOLD | $0.00 |
| 138 | 2015 Macpi Model 555.704-0102, S/N 131196 | 2005 | $5.00 |
| 139 | 2015 Macpi Model 555.704-0102, S/N 131197 | NOT SOLD | $0.00 |
| 140 | 2015 Macpi Model 555.704-0102, S/N 131199 | NOT SOLD | $0.00 |

| # | Description | Buyer | Price |
|---|---|---|---|
| 141 | Three Step Rolling Staircase | 2026 | $10.00 |
| 142 | (6) New Metal Base Chairs, (1) New Metal Base Bar Stool | 2047 | $101.00 |
| 143 | Seven Step Rolling Staircase | 2031 | $106.00 |
| 144 | (10) Rolling Racks of Assorted Apparel | 2047 | $60.00 |
| 145 | Misc. Items Between Two Doors - Chairs, Carts, Racks, Bags, Etc | 2007 | $110.00 |
| 146 | (2) Husky Ladders (5' and 7') | 2078 | $65.00 |
| 147 | Removed fom Auction | NOT SOLD | $0.00 |
| 148 | All Contents in Upstairs Storage Area | 2079 | $230.00 |
| 149 | (25) Boxes 14" x 18" Clear Plastic Bags (1,000 per box) and Rolling Rack | 2031 | $1,875.00 |
| 150 | (12) Boxes 14" x 18" Clear Plastic Bags (1,000 per box) and Rolling Rack | 2031 | $901.00 |
| 151 | (4) Zebra Printers and (3) Boxes Direct Thermal Labels | 2026 | $85.00 |
| 152 | (3) Fiberglass Ladders (2 - 5', 1 - 7') | 2025 | $130.00 |
| 153 | Rust-Oleum Field Marker and Floor Taper | 2081 | $5.00 |
| 154 | Large Assortment of Button in Containers, Drawers and Cabinets | 2047 | $55.00 |
| 155 | (2) Keller Ladders (5' and 7') | 2025 | $60.00 |
| 156 | (4) Rolling Racks with White Shirts | 2079 | $201.00 |
| 157 | Grey Rolling Cart with Rolls of Fabric | 2036 | $150.00 |
| 158 | (2) Five Step Rolling Platform Staircases | 2016 | $10.00 |
| 159 | (2) Five Step Rolling Platform Staircases | 2016 | $20.00 |
| 160 | Metro Style Rolling Rack and Contents - Office Supplies | 2036 | $36.00 |
| 161 | (3) Laundry Carts (2 - medium, 1 small) | 2079 | $170.00 |
| 162 | (4) Medium Laundry Carts | 2078 | $270.00 |
| 163 | (10) Boxes MB Hangers, 500 per Box | 2024 | $180.00 |
| 164 | (13) Boxes Assorted Hangers | 2024 | $90.00 |
| 165 | Lasko Pedestal Fan | 2030 | $45.00 |
| 166 | (2) Blue Poly Carts | 2079 | $50.00 |
| 167 | Rolling Poly Scale | 2031 | $100.00 |
| 168 | Max Air Pro Small Barrel Fan | 2030 | $55.00 |
| 169 | Hoffman New Yorker Model UACB-21MP, S/N L38029 | 2031 | $1,025.00 |
| 170 | Misc. Assortment of Ladders, Cart, Fan, Rack | 2035 | $10.00 |
| 171 | (4) Lasko Fans | 2025 | $15.00 |
| 172 | Blackhawk Barrel Fan | 2030 | $130.00 |
| 173 | Rolling Metro Rack and Contents - Cleaner, Janitorial, Etc. | 2024 | $60.00 |
| 174 | (4) Small Laundry Carts | 2078 | $160.00 |
| 175 | Pallet of Boxes - 26-1/4 x 18-1/4 x 5-1/8 | NOT SOLD | $0.00 |
| 176 | Pallet of Boxes - 24 x 18 x 2-1/2 | 2066 | $5.00 |
| 177 | (2) Large Yellow Laundry Carts and Assorted Hanger Holders with Hangers | 2081 | $120.00 |
| 178 | Uline Ratchet Beam Jack Model H-2732 | 2016 | $15.00 |
| 179 | (6) Hanger Holders and Hangers | 2026 | $35.00 |
| 180 | (8) Hanger Holders and Hangers | 2026 | $35.00 |
| 181 | (6) Hanger Holders and Hangers | 2026 | $35.00 |

| # | Description | Buyer | Price |
|---|---|---|---|
| 182 | Large Yellow Laundry Cart and Assorted Hanger Holders with Hangers | 2026 | $90.00 |
| 183 | (8) Medium Laundry Carts and Assorted Formal Shoes | 2081 | $301.00 |
| 184 | Large Yellow Laundry Cart and Assorted Hanger Holders with Hangers | 2026 | $85.00 |
| 185 | (3) Rolling Racks with Suit Covers | 2031 | $65.00 |
| 186 | Green Rolling Poly Cart | 2079 | $50.00 |
| 187 | Pallet of Boxes - 26-1/4 x 18-1/4 x 5-1/8 | NOT SOLD | $0.00 |
| 188 | Pallet of Boxes - 24 x 18 x 2-1/2 | 2031 | $5.00 |
| 189 | Pallet of Boxes - 24 x 18 x 2-1/2 | 2031 | $5.00 |
| 190 | Pallet of Boxes - Unknown Size | NOT SOLD | $0.00 |
| 191 | Blue Rolling Poly Cart | 2081 | $20.00 |
| 192 | Pallet of Boxes - 26-1/4 x 18-1/4 x 5-1/8 | 2031 | $5.00 |
| 193 | Pallet of Boxes - 26-1/4 x 18-1/4 x 5-1/8 | 2031 | $5.00 |
| 194 | Pallet of Boxes - 26-1/4 x 18-1/4 x 5-1/8 | NOT SOLD | $0.00 |
| 195 | (7) Assorted Yellow Laundry Carts | 2078 | $380.00 |
| 196 | (3) Collar Post Shirt Finisher | 2031 | $5.00 |
| 197 | Misc. Stainless Items, Containers and Hangers | 2081 | $65.00 |
| 198 | Max Air Pro Barrel Fan and Small Lasko Fan | 2078 | $140.00 |
| 199 | Milwaukee Fuel Wet/Dry Vacuum | 2069 | $120.00 |
| 200 | Assorted Macpi and Other Cloth and Covers | 2031 | $50.00 |
| 201 | Large Assortment of Hanger Stands and Hangers | 2026 | $35.00 |
| 202 | (4) Rolling Pant Racks | 2078 | $5.00 |
| 203 | (4) Rolling Pant Racks | 2078 | $5.00 |
| 204 | (4) Rolling Pant Racks | 2026 | $5.00 |
| 205 | Misc. Pipe Racking Parts, Connectors and Mounts for Clothing Conveyor | 2026 | $100.00 |
| 206 | (13) Spill Containment Platforms | 2016 | $60.00 |
| 207 | Pallet of Pressed Wood Sheets | 2077 | $5.00 |
| 208 | Grizzly Industrial Model G7943 HD Drill Press | 2025 | $150.00 |
| 209 | (8) Boxes Assorted Puritan Dye Eater Cartridges and (2) Rolling Metal Carts | 2024 | $136.00 |
| 210 | Sidi Mondial F-793 Cold Spotting Board, S/N 251686 | 2024 | $80.00 |
| 211 | Veit Steam Table | 2024 | $135.00 |
| 212 | Sidi Mondial F-793 Cold Spotting Board, S/N 251686 | 2005 | $5.00 |
| 213 | (4) Sewing Machines and (5) Sewing Tables | NOT SOLD | $0.00 |
| 214 | (6) Sewing Machines and Tables | 2011 | $5.00 |
| 215 | Large Jug Flex Oxygen Bleach | 2076 | $5.00 |
| 216 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 217 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 218 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 219 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 220 | Pallet of Corrugated Box Trays | NOT SOLD | $0.00 |
| 221 | Pallet of Corrugated Boxes | 2007 | $5.00 |
| 222 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |

| | | | |
|---|---|---|---|
| 223 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 224 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 225 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 226 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 227 | Pallet of Corrugated Box Trays | NOT SOLD | $0.00 |
| 228 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 229 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 230 | Trevil Model 5304/386 Laundry Equipment | NOT SOLD | $0.00 |
| 231 | Texas Automation Products ES 32 Digital Heat Press Machine, SN 1693 | 2066 | $65.00 |
| 232 | Texas Automation Products ES 32 Digital Heat Press Machine, SN 338 | 2026 | $70.00 |
| 233 | Texas Automation Products ES 32 Digital Heat Press Machine, SN 1215 | 2026 | $70.00 |
| 234 | Texas Automation Products DES 42 Digital Heat Press Machine, SN 919 | 2026 | $85.00 |
| 235 | (5) Laundry Carts and Assorted Dirty Apparel | 2026 | $260.00 |
| 236 | TBA | NOT SOLD | $0.00 |
| 237 | TBA | NOT SOLD | $0.00 |
| 238 | Canon iPF8400 Large Format Printer, S/N AAKB0691 and Assorted Ink Cartridges | 2037 | $580.00 |
| 239 | Assortment of Toner | 2036 | $30.00 |
| 240 | Metal Rack and Contents - Tools, Fan, Cleaning Products, Etc. | 2045 | $30.00 |
| 241 | Glass Door Mini Fridge and Microwave | 2005 | $50.00 |
| 242 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 243 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 244 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 245 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 246 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 247 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 248 | Pallet of Corrugated Boxes | NOT SOLD | $0.00 |
| 249 | (3) Pallets of Corrugated Boxes | NOT SOLD | $0.00 |
| 250 | Rite-Temp Liquid Chiller RTS-1203 Serial #508117523 | 2031 | $95.00 |
| 251 | Rite-Temp Liquid Chiller RTS-1203 Serial #508117521 | 2031 | $15.00 |
| 252 | Rite-Temp Liquid Chiller RTS-1203 Serial #508117524 | 2031 | $5.00 |
| 253 | Forenta Model: 75CSB Serial #M11CSB0031675CSB | 2024 | $190.00 |
| 254 | Forenta Model: 75CSB Serial #M11CSB0041675CSB | 2024 | $360.00 |
| 255 | Rite-Temp Dual Blower Unit | 2027 | $10.00 |
| 256 | Ingersoll Rand UP6-15C-125 Serial #UQ1089U09229 | 2024 | $10.00 |
| 257 | Ingersoll Rand R11i-A125 Serial #CBV432447 | 2024 | $510.00 |
| 258 | SMC IDU15E1-10-K Refrigerated Air Dryer | 2024 | $210.00 |
| 259 | SMC IDU15E1-10-K Refrigerated Air Dryer (Unplugged / Please Inspect) | 2024 | $15.00 |
| 260 | Assorted Servers, Switches and Other Computer Hardware | 2076 | $5.00 |
| 261 | Pioneer SX-205 Stereo Receiver | 2027 | $5.00 |
| 262 | Computer Rack and Misc. Servers and Other Hardware | 2016 | $10.00 |

| | | | |
|---|---|---|---|
| 263 | All Items on and Including Folding Table | 2076 | $10.00 |
| 264 | All Remaining Contents of Room - Computer Related Items (A/C Not Included) | 2083 | $55.00 |
| 265 | Frigidaire Refrigerator Freezer | 2035 | $10.00 |
| 266 | All Remaining Contents of Room - Refrigerator, Tables, Chairs, TV, Vacuum and More | 2007 | $15.00 |
| 267 | All Remaining Contents of Room - Computer Related Items | 2083 | $90.00 |
| 268 | All Remaining Contents of Room - Sewing Machines, Carts, Etc. | 2083 | $40.00 |
| 269 | Rex Blindstich Machine, Model 618-9SP | NOT SOLD | $0.00 |
| 270 | Chandler Mark 60 Sewing Machine | NOT SOLD | $0.00 |
| 271 | Wooden and Metal Racks with Fabric and Other Items in Back Room | 2026 | $15.00 |
| 272 | All Items in Corner of Room - Ladders, COmputer Rack, Trash Cans, Etc | 2026 | $10.00 |
| 273 | Sundusky Black Two Door MetL Cabinet | 2083 | $65.00 |
| 274 | Ber-Mar Motor Type PAV.71.S4.00 | 2031 | $30.00 |
| 275 | Kalorik Shoe Polisher Model JCX-12 | 2005 | $25.00 |
| 276 | Kalorik Shoe Polisher Model JCX-13 | 2005 | $145.00 |
| 277 | Large Barrel Fan | 2030 | $90.00 |
| 278 | Computer Server Cabinet (Appears to be New) | NOT SOLD | $0.00 |
| 279 | 2015 Macpi Press Model 104.47-7712, S/N 131201 | NOT SOLD | $0.00 |
| 280 | Lakewood Pedestal Fan | 2030 | $50.00 |
| 281 | Lifetime Picnic Table | 2075 | $45.00 |
| 282 | Misc. Red Metal Baricade Sections | 2025 | $86.00 |
| 283 | 2020 Rheem Model G100-200 Gas Water Heater, SN A462015308 | 2024 | $896.00 |
| 284 | 2020 Rheem Model G100-200 Gas Water Heater, SN A462015307 | 2024 | $911.00 |
| | | **Total of All Lots Sold:** | **$125,009.00** |

**CERTIFICATE OF SERVICE**

  I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed, to the parties listed below:

Office of the U.S. Trustee
Room 362, Richard B. Russell Federal Bldg
75 Ted Turner Dr, SW
Atlanta, Georgia 30339

            */s/ Jason L. Pettie*
            Jason L. Pettie
            Georgia Bar # 574783
            1600 Parkwood Circle, Suite 200
            Atlanta, Georgia 30339
            770-434-6868

{02708455-1 }