FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 23-57716 | | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|---|
| Case Name: | TIP TOP TUX, LLC | | | Date Filed (f) or Converted (c): | 08/11/2023 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 09/13/2023 |
| | | | | Claims Bar Date: | 12/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Union Bank & Trust Checking 3212 | $0.00 | $0.00 | | $0.00 | FA |
| 2  Union Bank & Trust Checking 3245 | $0.00 | $0.00 | | $0.00 | FA |
| 3  UMB Bank, N. A. Checking 0426 | $0.00 | $0.00 | | $0.00 | FA |
| 4  Bank of the West Checking 1118 | $0.00 | $0.00 | | $0.00 | FA |
| 5  US Bank Checking 4460 | $0.00 | $0.00 | | $0.00 | FA |
| 6  Key Bank Checking 3088 | $0.00 | $0.00 | | $0.00 | FA |
| 7  BMO Harris Bank N. A. Checking 6934 | $0.00 | $0.00 | | $0.00 | FA |
| 8  Key Bank Checking 3104 | $0.00 | $0.00 | | $0.00 | FA |
| 9  The Huntington National Bank Checking 5265 | $0.00 | $0.00 | | $0.00 | FA |
| 10  The Huntington National Bank Checking 5278 | $0.00 | $0.00 | | $0.00 | FA |
| 11  Key Bank Checking 3112 | $0.00 | $0.00 | | $0.00 | FA |
| 12  The Huntington National Bank Checking 7309 | $0.00 | $0.00 | | $0.00 | FA |
| 13  Key Bank Checking 3096 | $0.00 | $0.00 | | $0.00 | FA |
| 14  The Huntington National Bank Checking 5252 | $0.00 | $0.00 | | $0.00 | FA |
| 15  JPMorgan Chase Bank Checking 8579 | $0.00 | $0.00 | | $0.00 | FA |
| 16  UMB Bank, N. A. Checking 8147 | $0.00 | $0.00 | | $0.00 | FA |
| 17  The Huntington National Bank Checking 7312 | $0.00 | $0.00 | | $0.00 | FA |
| 18  The Huntington National Bank Checking 7325 | $0.00 | $0.00 | | $0.00 | FA |
| 19  Key Bank Checking 3138 | $0.00 | $0.00 | | $0.00 | FA |
| 20  Wells Fargo Checking 2236 | $0.00 | $0.00 | | $0.00 | FA |
| 21  Xedo, Inc. 100% None | Unknown | $0.00 | | $0.00 | FA |
| 22  Tuxedo Holdings, Inc. 100% None | Unknown | $0.00 | | $0.00 | FA |
| 23  Suit Up, Inc. 100% None | Unknown | $0.00 | | $0.00 | FA |
| 24  Retail and Rental Inventory $1,724,000.00 Liquidation Value | $0.00 | $0.00 | | $0.00 | FA |
| 25  Office Furniture | $647,021.14 | $647,021.14 | | $0.00 | $647,021.14 |
| 26  Leasehold Improvement | $3,882,254.62 | $3,882,254.62 | | $0.00 | $3,882,254.62 |
| 27  Various equipment, including cleaning | $3,896,342.35 | $3,896,342.35 | | $0.00 | $3,896,342.35 |
| 28  See attached vehicle list. New Replacement Value | $552,867.19 | $552,867.19 | | $0.00 | $552,867.19 |
| 29  see all leases on schedule G Lease | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 23-57716 | | | Trustee Name: | Jason L. Pettie |
| Case Name: | TIP TOP TUX, LLC | | | Date Filed (f) or Converted (c): | 08/11/2023 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 09/13/2023 |
| | | | | Claims Bar Date: | 12/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30  U.S. Trademark Registration No. 6,265,660 AR APPAREL RETURNS $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 31  Unfulfilled Orders $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 32  see attached URL data sheet | $0.00 | $0.00 | | $0.00 | FA |
| 33  Confession Judgment Nature of claim Business debt Amount requested $48,000.00 (u) | $0.00 | $0.00 | | $0.00 | FA |
| 34  Cash on Hand (u) | $4,000.00 | $4,000.00 | | $0.00 | $4,000.00 |
| 35  refund from 401(k) overpayment (u) | $380.67 | $380.67 | | $0.00 | $380.67 |
| 36  refund/overpayment from CT Corp (u) | $78.97 | $78.97 | | $0.00 | $78.97 |
| Asset Notes:    refund for overpayment made by Debtor on 6/29/22 | | | | | |
| 37  payment from Continental Casualty Co for prepetition claim (Claim No. E2H29436) (u) | $2,468.00 | $2,468.00 | | $0.00 | $2,468.00 |
| Asset Notes:    date of loss 7/22/2023, at Iowa location | | | | | |
| 38  Insurance premium refund for policy cancelled post-petition (u) | $87.97 | $87.97 | | $0.00 | $87.97 |
| 39  2018 Buick Regal TourX (VIN W04GV8SX1J1135082) (u) | $18,500.00 | $12,500.00 | | $0.00 | $18,500.00 |
| Asset Notes:    held by former employ Tom Mullin | | | | | |
| 40  2018 Buick Regal TourX (VIN W04GV8SX7J1136432) (u) | $14,300.00 | $14,300.00 | | $0.00 | $14,300.00 |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Asset** |
| | $9,018,300.91 | $9,012,300.91 | | $0.00 | $9,018,300.91 |

**Major Activities affecting case closing:**
09/29/2023    Trustee has been reviewing debtor's leases and has begun rejecting leases and abandoning property.  Auctioneer is preparing to sell personal property in various locations.

| Initial Projected Date Of Final Report (TFR): | 10/30/2024 | Current Projected Date Of Final Report (TFR): | 10/30/2024 | /s/ JASON L. PETTIE |
| | | | | JASON L. PETTIE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 23-57716 | | **Trustee Name:** | Jason L. Pettie |
| **Case Name:** | TIP TOP TUX, LLC | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***6969 | | **Checking Acct #:** | ******0048 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 08/11/2023 | | **Blanket bond (per case limit):** | $40,160,000.00 |
| **For Period Ending:** | 09/30/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 08/11/2023 to 09/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/08/2023 to 9/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | |  | |
|---|---|---|---|
| Case No. | 23-57716 | Trustee Name: | Jason L. Pettie |
| Case Name: | TIP TOP TUX, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6969 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 08/11/2023 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $0.00 | $0.00 | $0.00 |

**For the period of 08/11/2023 to 09/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/08/2023 to 9/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JASON L. PETTIE

JASON L. PETTIE