**IT IS ORDERED as set forth below:**



Date: January 16, 2024

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 23-57716-JRS |
| | : | |
| TIP TOP TUX, LLC, et al, | : | CHAPTER 7 |
| | : | |
| Debtor(s). | : | JUDGE SACCA |

## ORDER

On January 3, 2024, Wellmark, Inc. filed a Motion for Redaction (doc #113). The Movant requests the Court restrict the view of Proof of Claim No. 380-1. No notice of hearing is required, and after consideration of the motion, it is hereby

ORDERED that Movant's Motion is GRANTED. The Court shall restrict the view of Proof of Claim No. 380-1.

The Clerk is directed to serve the Debtors, Counsel for Debtors, Wellmark, Inc., the Chapter 7 Trustee, and the U.S. Trustee.

**END OF ORDER**