**Bullseye Auction & Appraisal**
www.BullseyeAuctions.com

6470 East Johns Crossing  |  Suite 160  |  Johns Cerek, GA 30097
770-544-7479 phone  |  888-544-7479 fax
www.BullseyeAuctions.com

## Seller Settlement

### Seller Information
**Seller Name:** Jason Pettie
**Company Name:** Chapter 7 Trustee
**Address:** 1600 Parkwood Circle, Suite 200
**City, State & Zip:** Atlanta, GA 30339
**Email Address:** jpettie@taylorenglish.com
**Phone:** 678-336-7226

### Auction Information
**Auction:** Tip Top Tux - 1
**Date:** Tuesday, October 17, 2023
**Time:** 10:00 AM EDT
**Location:** 140 James Aldredge Boulevard
Atlanta, GA  30336

### Expenses

| Date | Amount | Merchant | Description |
|------|--------|----------|-------------|

*All expenses will be reconciled with final settlement*

### Summary

| | |
|---|---|
| Auction Gross: | $47,640.00 |
| Auctioneer Commissions: | -$6,751.90 |
| Adjusted Auction Gross: | $40,888.10 |
| Total Auction Expenses: | N/A |
| **Auction Net to Seller:** | **$40,888.10** |

Bullseye Auction & Appraisal, LLC

6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097 US
(770) 544-7479
merrin@BullseyeAuctions.com
www.BullseyeAuctions.com



# INVOICE

**BILL TO**
Jason Pettie, Chapter 7 Trustee
1600 Parkwood Circle, Ste. 200
Atlanta, GA  30339

**INVOICE #** 3958
**DATE** 10/20/2023
**DUE DATE** 10/20/2023
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Commission** <br> Bankruptcy Case #23-57716-JRS <br> 20% Commission for all personal property items <br> 10% Commission for all vehicles | 1 | 6,751.90 | 6,751.90 |

Please mail payments to:
  6470 East Johns Crossing
  Suite 160
  Johns Creek, GA 30097

**BALANCE DUE** $6,751.90

We greatly appreciate your business and look forward to working with you again soon!

Please mail payments to:
Bullseye Auction & Appraisal, LLC
6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097

**Bullseye Auction & Appraisal**
www.BullseyeAuctions.com

6470 East Johns Crossing  |  Suite 160  |  Johns Cerek, GA 30097
770-544-7479 phone  |  888-544-7479 fax
www.BullseyeAuctions.com

## Seller Settlement

### Seller Information
**Seller Name:** Jason Pettie
**Company Name:** Chapter 7 Trustee
**Address:** 1600 Parkwood Circle, Suite 200
**City, State & Zip:** Atlanta, GA 30339
**Email Address:** jpettie@taylorenglish.com
**Phone:** 678-336-7226

### Auction Information
**Auction:** Tip Top Tux - 2
**Date:** Tuesday, November 7, 2023
**Time:** 10:00 AM EST
**Location:** 680 Wharton Circle, SW
Atlanta, GA 30336

### Expenses

| Date | Amount | Merchant | Description |
|------|--------|----------|-------------|

*All expenses will be reconciled with final settlement*

### Summary

| | |
|---|---|
| Auction Gross: | $230,408.00 |
| Auctioneer Commissions: | -$46,081.60 |
| Adjusted Auction Gross: | $184,326.40 |
| Total Auction Expenses: | N/A |
| **Auction Net to Seller:** | **$184,326.40** |

**Bullseye Auction & Appraisal, LLC**

6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097 US
(770) 544-7479
merrin@BullseyeAuctions.com
www.BullseyeAuctions.com



# INVOICE

**BILL TO**

Jason Pettie, Chapter 7 Trustee
1600 Parkwood Circle, Ste. 200
Atlanta, GA  30339

**INVOICE #** 3971
**DATE** 11/10/2023
**DUE DATE** 11/10/2023
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Commission**<br>Bankruptcy Case #23-57716-JRS<br>20% Commission for all personal property items<br>10% Commission for all vehicles<br>Tip Top Tux - 2 | 1 | 46,081.60 | 46,081.60 |

Please mail payments to:
 6470 East Johns Crossing
 Suite 160
 Johns Creek, GA 30097

**BALANCE DUE** $46,081.60

We greatly appreciate your business and look forward to working with you again soon!

Please mail payments to:
Bullseye Auction & Appraisal, LLC
6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097

**BULLSEYE AUCTION & APPRAISAL**
www.BullseyeAuctions.com

6470 East Johns Crossing  |  Suite 160  |  Johns Cerek, GA 30097
770-544-7479 phone  |  888-544-7479 fax
www.BullseyeAuctions.com

## Seller Settlement

### Seller Information
**Seller Name:** Jason Pettie
**Company Name:** Chapter 7 Trustee
**Address:** 1600 Parkwood Circle, Suite 200
**City, State & Zip:** Atlanta, GA 30339
**Email Address:** jpettie@taylorenglish.com
**Phone:** 678-336-7226

### Auction Information
**Auction:** Tip Top Tux - 3
**Date:** Tuesday, November 14, 2023
**Time:** 10:00 AM EST
**Location:** 140 James Aldredege Blvd.
Atlanta, GA  30336

### Expenses

| Date | Amount | Merchant | Description |
|---|---|---|---|

*All expenses will be reconciled separate from final settlement*

### Summary

| | |
|---:|---:|
| Auction Gross: | $125,009.00 |
| Auctioneer Commissions: | -$23,571.80 |
| Adjusted Auction Gross: | $101,437.20 |
| Total Auction Expenses: | N/A |
| **Auction Net to Seller:** | **$101,437.20** |

Bullseye Auction & Appraisal, LLC

6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097 US
(770) 544-7479
merrin@BullseyeAuctions.com
www.BullseyeAuctions.com



# INVOICE

**BILL TO**
Jason Pettie, Chapter 7 Trustee
1600 Parkwood Circle, Ste. 200
Atlanta, GA  30339

**INVOICE #** 3979
**DATE** 11/28/2023
**DUE DATE** 11/28/2023
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Commission**<br>Bankruptcy Case #23-57716-JRS<br>20% Commission for all personal property items<br>10% Commission for all vehicles<br>TTT - 3 | 1 | 23,571.80 | 23,571.80 |

Please mail payments to:
  6470 East Johns Crossing
  Suite 160
  Johns Creek, GA 30097

**BALANCE DUE** **$23,571.80**

We greatly appreciate your business and look forward to working with you again soon!

Please mail payments to:
Bullseye Auction & Appraisal, LLC
6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097

**Bullseye Auction & Appraisal**
www.BullseyeAuctions.com

6470 East Johns Crossing  |  Suite 160  |  Johns Cerek, GA 30097
770-544-7479 phone  |  888-544-7479 fax
www.BullseyeAuctions.com

## Seller Settlement

### Seller Information
**Seller Name:** Jason Pettie
**Company Name:** Chapter 7 Trustee
**Address:** 1600 Parkwood Circle, Suite 200
**City, State & Zip:** Atlanta, GA 30339
**Email Address:** jpettie@taylorenglish.com
**Phone:** 678-336-7226

### Auction Information
**Auction:** Anya Bridal
**Date:** Thursday, November 9, 2023
**Time:** 11:00AM EST
**Location:** 1500 Southland Circle, NW, Ste. F
Atlanta, GA  30318

### Expenses

| Date | Amount | Merchant | Description |
|---|---|---|---|

*All expenses will be reconciled with final settlement*

### Summary

| | |
|---|---|
| Auction Gross: | $35,000.00 |
| Auctioneer Commissions: | -$7,000.00 |
| Adjusted Auction Gross: | $28,000.00 |
| Total Auction Expenses: | N/A |
| **Auction Net to Seller:** | **$28,000.00** |

Bullseye Auction & Appraisal, LLC

6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097 US
(770) 544-7479
merrin@BullseyeAuctions.com
www.BullseyeAuctions.com



# INVOICE

**BILL TO**
Jason Pettie, Chapter 7 Trustee
1600 Parkwood Circle, Ste. 200
Atlanta, GA  30339

**INVOICE #** 3973
**DATE** 11/15/2023
**DUE DATE** 11/15/2023
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Commission** Bankruptcy Case #23-57716-JRS 20% Commission for all personal property items 10% Commission for all vehicles Anya Bridal | 1 | 7,000.00 | 7,000.00 |

Please mail payments to:
  6470 East Johns Crossing
  Suite 160
  Johns Creek, GA 30097

**BALANCE DUE** $7,000.00

We greatly appreciate your business and look forward to working with you again soon!

Please mail payments to:
Bullseye Auction & Appraisal, LLC
6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097

**Bullseye Auction & Appraisal**
www.BullseyeAuctions.com

6470 East Johns Crossing  |  Suite 160  |  Johns Cerek, GA 30097
770-544-7479 phone  |  888-544-7479 fax
www.BullseyeAuctions.com

## Seller Settlement

### Seller Information

**Seller Name:** Jason Pettie
**Company Name:** Chapter 7 Trustee
**Address:** 1600 Parkwood Circle, Suite 200
**City, State & Zip:** Atlanta, GA 30339
**Email Address:** jpettie@taylorenglish.com
**Phone:** 678-336-7226

### Auction Information

**Auction:** Al's Formalwear Warehouse
**Date:** Wednesday, November 8, 2023
**Time:** 10:00 AM CST
**Location:** 6122 South Loop East
Houston, TX 77087

### Expenses

| Date | Amount | Merchant | Description |
|------|--------|----------|-------------|

*All expenses will be reconciled with final settlement*

### Summary

| | |
|---:|---:|
| Auction Gross: | $31,900.00 |
| Auctioneer Commissions: | -$3,948.50 |
| Adjusted Auction Gross: | $27,951.50 |
| Total Auction Expenses: | N/A |
| **Auction Net to Seller:** | **$27,951.50** |

Bullseye Auction & Appraisal, LLC

6470 East Johns Crossing, Suite 160

Johns Creek, GA  30097 US

(770) 544-7479

merrin@BullseyeAuctions.com

www.BullseyeAuctions.com



# INVOICE

**BILL TO**

Jason Pettie, Chapter 7 Trustee

1600 Parkwood Circle, Ste. 200

Atlanta, GA  30339

**INVOICE #** 3972
**DATE** 11/15/2023
**DUE DATE** 11/15/2023
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Commission**<br>Bankruptcy Case #23-57716-JRS<br>20% Commission for all personal property items<br>10% Commission for all vehicles<br>Al's Formalwear | 1 | 3,948.50 | 3,948.50 |

Please mail payments to:
  6470 East Johns Crossing
  Suite 160
  Johns Creek, GA 30097

**BALANCE DUE** $3,948.50

We greatly appreciate your business and look forward to working with you again soon!

Please mail payments to:
Bullseye Auction & Appraisal, LLC
6470 East Johns Crossing, Suite 160
Johns Creek, GA  30097