# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 23-57716 | | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|---|
| Case Name: | TIP TOP TUX, LLC | | | Date Filed (f) or Converted (c): | 08/11/2023 (f) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 09/13/2023 |
| | | | | Claims Bar Date: | 12/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Union Bank & Trust Checking 3212 | $0.00 | $0.00 | | $0.00 | FA |
| 2  Union Bank & Trust Checking 3245 | $0.00 | $0.00 | | $0.00 | FA |
| 3  UMB Bank, N. A. Checking 0426 | $0.00 | $0.00 | | $0.00 | FA |
| 4  Bank of the West Checking 1118 | $0.00 | $0.00 | | $0.00 | FA |
| 5  US Bank Checking 4460 | $0.00 | $0.00 | | $0.00 | FA |
| 6  Key Bank Checking 3088 | $0.00 | $0.00 | | $0.00 | FA |
| 7  BMO Harris Bank N. A. Checking 6934 | $0.00 | $0.00 | | $0.00 | FA |
| 8  Key Bank Checking 3104 | $0.00 | $0.00 | | $0.00 | FA |
| 9  The Huntington National Bank Checking 5265 | $0.00 | $0.00 | | $0.00 | FA |
| 10 The Huntington National Bank Checking 5278 | $0.00 | $0.00 | | $0.00 | FA |
| 11 Key Bank Checking 3112 | $0.00 | $0.00 | | $0.00 | FA |
| 12 The Huntington National Bank Checking 7309 | $0.00 | $0.00 | | $0.00 | FA |
| 13 Key Bank Checking 3096 | $0.00 | $0.00 | | $0.00 | FA |
| 14 The Huntington National Bank Checking 5252 | $0.00 | $0.00 | | $0.00 | FA |
| 15 JPMorgan Chase Bank Checking 8579 | $0.00 | $0.00 | | $0.00 | FA |
| 16 UMB Bank, N. A. Checking 8147 | $0.00 | $0.00 | | $0.00 | FA |
| 17 The Huntington National Bank Checking 7312 | $0.00 | $0.00 | | $0.00 | FA |
| 18 The Huntington National Bank Checking 7325 | $0.00 | $0.00 | | $0.00 | FA |
| 19 Key Bank Checking 3138 | $0.00 | $0.00 | | $0.00 | FA |
| 20 Wells Fargo Checking 2236 | $0.00 | $0.00 | | $646.01 | FA |
| 21 Xedo, Inc. 100% None | Unknown | $0.00 | | $0.00 | FA |
| 22 Tuxedo Holdings, Inc. 100% None | Unknown | $0.00 | | $0.00 | FA |
| 23 Suit Up, Inc. 100% None | Unknown | $0.00 | | $0.00 | FA |
| 24 Retail and Rental Inventory $1,724,000.00 Liquidation Value | $0.00 | $0.00 | | $195,694.00 | FA |
| Asset Notes:     subject to lien (inventory located at various locations throughout the country) | | | | | |
| 25 Office Furniture | $647,021.14 | $50,000.00 | | $0.00 | FA |
| Asset Notes:     subject to lien | | | | | |
| 26 Leasehold Improvement | $3,882,254.62 | $0.00 | | $0.00 | FA |
| Asset Notes:     subject to lien | | | | | |
| 27 Various equipment, including cleaning | $3,896,342.35 | $300,000.00 | | $122,241.00 | FA |
| Asset Notes:     subject to lien | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 23-57716 | | Trustee Name: | Jason L. Pettie |
| --- | --- | --- | --- | --- |
| Case Name: | TIP TOP TUX, LLC | | Date Filed (f) or Converted (c): | 08/11/2023 (f) |
| For the Period Ending: | 09/30/2024 | | §341(a) Meeting Date: | 09/13/2023 |
| | | | Claims Bar Date: | 12/05/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | See attached vehicle list. New Replacement Value | $552,867.19 | $552,867.19 | | $3,600.00 | $549,267.19 |
| 29 | see all leases on schedule G Lease | $0.00 | $0.00 | | $0.00 | FA |
| 30 | U.S. Trademark Registration No. 6,265,660 AR APPAREL RETURNS $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Unfulfilled Orders $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 32 | see attached URL data sheet | $0.00 | $0.00 | | $0.00 | FA |
| 33 | Confession Judgment  Nature of claim Business debt Amount requested $48,000.00 | $0.00 | $20,000.00 | | $0.00 | $20,000.00 |
| 34 | Cash on Hand (u) | $4,000.00 | $4,000.00 | | $1,709.61 | FA |
| 35 | refund from 401(k) overpayment (u) | $380.67 | $380.67 | | $380.67 | FA |
| 36 | refund/overpayment from CT Corp (u) | $78.97 | $78.97 | | $78.97 | FA |
| **Asset Notes:** | refund for overpayment made by Debtor on 6/29/22 | | | | | |
| 37 | payment from Continental Casualty Co for prepetition claim (Claim No. E2H29436) (u) | $2,468.00 | $2,468.00 | | $2,468.00 | FA |
| **Asset Notes:** | date of loss 7/22/2023, at Iowa location | | | | | |
| 38 | Insurance premium refund for policy cancelled post-petition (u) | $87.97 | $87.97 | | $87.97 | FA |
| 39 | 2018 Buick Regal TourX (VIN W04GV8SX1J1135082) | $18,500.00 | $12,500.00 | | $18,500.00 | FA |
| **Asset Notes:** | held by former employ Tom Mullin | | | | | |
| 40 | 2018 Buick Regal TourX (VIN W04GV8SX7J1136432) | $14,300.00 | $14,300.00 | | $14,300.00 | FA |
| 41 | potential preference paid to American Express (u) | $188,427.56 | $188,427.56 | | $0.00 | FA |
| 42 | potential preference paid to UPS | $26,604.00 | $26,604.00 | | $0.00 | FA |
| **Asset Notes:** | settlement paid to cancel contract | | | | | |
| 43 | Recovery of funds from class action settlements related to creditor card processing fees (u) | $100,000.00 | $100,000.00 | | $0.00 | $100,000.00 |
| **Asset Notes:** | employed professional Manor Ventures, LLC to collect | | | | | |
| 44 | potential claim against former officers/directors (u) | $250,000.00 | $250,000.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor's D&O insurance policy contained exclusion for trustee claims | | | | | |
| 45 | refund/overpayment from utility (u) | $618.13 | $618.13 | | $641.43 | FA |
| 46 | refund payments of fees from Chase (u) | $30.00 | $30.00 | | $30.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 23-57716 | | | Trustee Name: | Jason L. Pettie |
| Case Name: | TIP TOP TUX, LLC | | | Date Filed (f) or Converted (c): | 08/11/2023 (f) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 09/13/2023 |
| | | | | Claims Bar Date: | 12/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Asset** |
| | $9,583,980.60 | $1,522,362.49 | | $360,377.66 | $669,267.19 |

**Major Activities affecting case closing:**

09/30/2024  Trustee obtained approval to sell certain personal property (Doc ## 83, 98) and trustee collected from debtor's accounts. Trustee investigated whether a claim could be filed against Debtors' insurance policy for potential Officer and Director liability; however, the policy contained an express exclusion for trustee claims. Trustee investigated potential preference claims and sent demands, however creditors appeared to have available defense and trustee determined that a meaningful distribution would not be possible from such claims (especially after accounting for administrative expenses). Trustee employed an accountant and is currently filing estate tax returns for 2023. Trustee is also reviewing administrative claims. Trustee anticipates submitting a TFR to make a distribution to administrative claimants once taxes are finalized

09/29/2023  Trustee has been reviewing debtor's leases and has begun rejecting leases and abandoning property. Auctioneer is preparing to sell personal property in various locations.

Initial Projected Date Of Final Report (TFR):   10/30/2024   Current Projected Date Of Final Report (TFR):   01/30/2025   /s/ JASON L. PETTIE

JASON L. PETTIE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 23-57716 | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|
| Case Name: | TIP TOP TUX, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6969 | | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/10/2023 | (34) | TIP TOP TUX, LLC | Cash received from retail location (Perimeter) | 1229-000 | $459.52 | | $459.52 |
| 10/10/2023 | (34) | TIP TOP TUX, LLC | Cash received from retail location (Mall of Georgia) | 1229-000 | $673.35 | | $1,132.87 |
| 10/17/2023 | (34) | TIP TOP TUX, LLC | Cash collected from Lenox location | 1229-000 | $267.00 | | $1,399.87 |
| 10/17/2023 | (34) | TIP TOP TUX, LLC | Cash from Barrett Pkwy Store | 1229-000 | $154.00 | | $1,553.87 |
| 10/17/2023 | (34) | TIP TOP TUX, LLC | Cash collected from Cumberland Festival location | 1229-000 | $21.50 | | $1,575.37 |
| 10/17/2023 | (34) | TIP TOP TUX, LLC | Cash collected from Douglasville (Arbor Pl) location | 1229-000 | $134.24 | | $1,709.61 |
| 10/17/2023 | (35) | Empower | refund payment | 1221-000 | $76.94 | | $1,786.55 |
| 10/17/2023 | (35) | Empower | refund payment | 1221-000 | $303.73 | | $2,090.28 |
| 10/17/2023 | (36) | CT | refund for overpayment | 1221-000 | $78.97 | | $2,169.25 |
| 11/17/2023 | | Bullseye Auction & Appraisal LLC | payment from sale of personal property at auction as approved by Order entered 10/17/23 (DN 83) | * | $47,640.00 | | $49,809.25 |
| | {28} | | 2011 Chevy Express (5863)         $3,600.00 | 1129-000 | | | $49,809.25 |
| | {24} | | misc. retail inventory         $11,047.00 | 1129-000 | | | $49,809.25 |
| | {27} | | misc equipment         $11,532.00 | 1129-000 | | | $49,809.25 |
| | | | Portion of proceeds turned over to Heights estate         $21,461.00 | 1180-000 | | | $49,809.25 |
| 11/17/2023 | (37) | Continental Casualty Co | payment for prepeition insurance claim | 1221-000 | $2,468.00 | | $52,277.25 |
| 11/17/2023 | 5001 | Ally Financial | payoff of vehicle liens to obtain titles for vehicles sold pursuant to Orders entered on 10/17/23 (DN 83) and 11/06/23 (DN 98) | * | | $13,915.33 | $38,361.92 |
| | | | vehicle title lien payoff         ($7,347.95) | 4210-000 | | | $38,361.92 |
| | | | vehicle title lien payoff         ($6,567.38) | 4210-000 | | | $38,361.92 |
| 11/28/2023 | (38) | First Insurance Funding | refund of insurance premium for cancelled policy | 1221-000 | $87.97 | | $38,449.89 |
| 12/01/2023 | (24) | Bullseye Auction & Appraisal LLC | payment for personal property sold at auction pursuant to Order entered on 10/17/23 (DN 83) | 1129-000 | $230,408.00 | | $268,857.89 |
| 12/01/2023 | (39) | Bullseye Auction & Appraisal LLC | payment for sale of Buick Regal as approved by Order entered 11/06/23 (DN 98) | 1129-000 | $18,500.00 | | $287,357.89 |

**SUBTOTALS**     $301,273.22     $13,915.33

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 23-57716 | | | Trustee Name: | Jason L. Pettie |
| --- | --- | --- | --- | --- | --- |
| Case Name: | TIP TOP TUX, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6969 | | | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/01/2023 | | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2024 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2024 | | Bullseye Auction & Appraisal LLC | payment from sale of property at auction as approved by Order entered 10/17/23 (DN 83) | * | $125,009.00 | | $412,366.89 |
| | {40} | | 2018 Buick TourX (6432)    $14,300.00 | 1129-000 | | | $412,366.89 |
| | {27} | | misc equipment (retained by Tip Top Tux estate)    $110,709.00 | 1129-000 | | | $412,366.89 |
| 01/03/2024 | | Bullseye Auction & Appraisal LLC | payment for sale of Houston warehouse property sold at auction as approved by Order entered 11/6/23 (DN 98) | * | $31,900.00 | | $444,266.89 |
| | {24} | | Portion of sale proceeds retained by Tip Top estate    $20,700.00 | 1129-000 | | | $444,266.89 |
| | {24} | | Proceeds turned over to Heights estate    $11,200.00 | 1180-000 | | | $444,266.89 |
| 01/03/2024 | (24) | Bullseye Auction & Appraisal LLC | payment from sale of property at Anya Bridal Warehouse as appoved by Order entered 11/6/23 (DN 98) | 1129-000 | $35,000.00 | | $479,266.89 |
| 01/04/2024 | 5002 | Heights, Inc. | transfer of funds from Tip Top Tux, LLC to Heights, Inc. for vehicles titled in name of Heights, Inc. from sale of personal property at auction as approved by Order entered 10/17/23 (DN 83) in cases jointly administered under 23-57716 | 1180-002 | ($21,461.00) | | $457,805.89 |
| 01/04/2024 | 5003 | Heights, Inc. | transfer of funds from Tip Top Tux, LLC to Heights, Inc. for vehicle titled in name of Heights, Inc. from sale of personal property at auction as approved by Order entered 11/6/23 (DN 98) in cases jointly administered under 23-57716 | 1180-002 | ($11,200.00) | | $446,605.89 |
| 03/04/2024 | | Transfer To: #******0053 | transferring funds subject to security lien | 9999-000 | | $411,006.20 | $35,599.69 |
| 03/04/2024 | 5004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $307.60 | $35,292.09 |
| 03/27/2024 | (20) | Wells Fargo Bank, NA | released checking account funds not subject to Wells Fargo's reserve | 1129-000 | $646.01 | | $35,938.10 |
| 03/27/2024 | (45) | Omaha Public Power District | refund payment from Omaha Power | 1221-000 | $618.13 | | $36,556.23 |
| 03/27/2024 | (45) | Northern States Power Co | refund payment from Xcel Energy | 1221-000 | $23.30 | | $36,579.53 |
| | | | **SUBTOTALS** | | **$160,535.44** | **$411,313.80** | |

FORM 2

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 23-57716 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | TIP TOP TUX, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6969 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2024 | (46) | JP Morgan Chase Bank NA | refund payment of fees charged by Chase | 1221-000 | $15.00 | | $36,594.53 |
| 03/27/2024 | (46) | JP Morgan Chase Bank NA | refund payment for fees charged by Chase | 1221-000 | $15.00 | | $36,609.53 |
| 04/15/2024 | 5004 | STOP PAYMENT: International Sureties, Ltd | Bond Payment | 2300-004 | | ($307.60) | $36,917.13 |
| 04/15/2024 | 5005 | International Sureties, Ltd | Bond Payment | 2300-000 | | $307.60 | $36,609.53 |
| 04/30/2024 | | Transfer From: #******0053 | | 9999-000 | $198,776.87 | | $235,386.40 |
| 05/09/2024 | 5006 | Heights, Inc. (Estate of) 23-57715 | transfer of funds to pay landlords as authorized by Order entered 4/15/24 (Doc No. 196) | 1180-002 | ($80,000.00) | | $155,386.40 |
| 05/09/2024 | 5005 | STOP PAYMENT: International Sureties, Ltd | Bond Payment | 2300-004 | | ($307.60) | $155,694.00 |
| 05/09/2024 | 5007 | Clerk U.S. Bankruptcy Court | payment authorized by Order entered 4/15/24 (DN 196) | 2700-000 | | $7,476.17 | $148,217.83 |
| 05/09/2024 | 5008 | South Loop Business Park LLC | payment authorized by Order entered 4/15/24 (DN 196) | 2990-000 | | $5,800.00 | $142,417.83 |
| 05/09/2024 | 5009 | Bullseye Auction & Appraisal LLC | payment authorized by Order entered 4/15/24 (DN 196) | 3992-000 | | $12,500.00 | $129,917.83 |
| 05/09/2024 | 5010 | Bullseye Auction & Appraisal LLC | payment authorized by Order entered 4/15/24 (DN 196) | 3610-000 | | $84,087.70 | $45,830.13 |
| 05/09/2024 | 5011 | International Sureties, Ltd | Bond Payment | 2300-000 | | $307.60 | $45,522.53 |
| 05/15/2024 | 5011 | STOP PAYMENT: International Sureties, Ltd | Bond Payment | 2300-004 | | ($307.60) | $45,830.13 |
| 05/23/2024 | (28) | Melinda Robinson | CHECK DID NOT CLEAR - BUYER CONTACTED | 1129-000 | $5,000.00 | | $50,830.13 |
| 05/23/2024 | | International Sureties, Ltd | Bond Payment; Check 5005 cleared the bank, this entry reverses the stop from 5/9 | 2300-000 | | $307.60 | $50,522.53 |
| 07/12/2024 | (28) | DEP REVERSE: Melinda Robinson | CHECK DID NOT CLEAR - BUYER CONTACTED | 1129-000 | ($5,000.00) | | $45,522.53 |
| 07/31/2024 | | Pinnacle Bank | chargeback fee | 2600-000 | | $15.00 | $45,507.53 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $65.45 | $45,442.08 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $65.36 | $45,376.72 |
| 09/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $56.72 | $45,320.00 |
| | | | SUBTOTALS | | $118,806.87 | $110,066.40 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 23-57716 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | TIP TOP TUX, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6969 | Checking Acct #: | ******0048 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | **TOTALS:** | | $580,615.53 | $535,295.53 | $45,320.00 |
| | | | **Less: Bank transfers/CDs** | | $198,776.87 | $411,006.20 | |
| | | | **Subtotal** | | $381,838.66 | $124,289.33 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $381,838.66 | $124,289.33 | |

| For the period of 10/01/2023 to 09/30/2024 | | For the entire history of the account between 09/08/2023 to 9/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $494,499.66 | Total Compensable Receipts: | $494,499.66 |
| Total Non-Compensable Receipts: | ($112,661.00) | Total Non-Compensable Receipts: | ($112,661.00) |
| Total Comp/Non Comp Receipts: | $381,838.66 | Total Comp/Non Comp Receipts: | $381,838.66 |
| Total Internal/Transfer Receipts: | $198,776.87 | Total Internal/Transfer Receipts: | $198,776.87 |
| | | | |
| Total Compensable Disbursements: | $124,289.33 | Total Compensable Disbursements: | $124,289.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $124,289.33 | Total Comp/Non Comp Disbursements: | $124,289.33 |
| Total Internal/Transfer Disbursements: | $411,006.20 | Total Internal/Transfer Disbursements: | $411,006.20 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 23-57716 | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|
| Case Name: | TIP TOP TUX, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6969 | | Checking Acct #: | ******0053 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2023 | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2024 | | Transfer From: #******0048 | transferring funds subject to security lien | 9999-000 | $411,006.20 | | $411,006.20 |
| 04/30/2024 | | Transfer To: #******0048 | | 9999-000 | | $198,776.87 | $212,229.33 |
| 04/30/2024 | 7001 | PMOF Special Situations Private Credit Fund LLC | payment to lienholder as approved by Order entered 4/15/2024 (DN 196) | 4210-000 | | $212,229.33 | $0.00 |
| 05/21/2024 | 7001 | STOP PAYMENT: PMOF Special Situations Private Credit Fund LLC | payment to lienholder as approved by Order entered 4/15/2024 (DN 196) | 4210-004 | | ($212,229.33) | $212,229.33 |
| 05/21/2024 | 7002 | PMOF Special Situations Private Credit Fund LLC | payment to lienholder as approved by Order entered 4/15/2024 (DN 196) | 4210-000 | | $212,229.33 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $411,006.20 | $411,006.20 | $0.00 |
| Less: Bank transfers/CDs | $411,006.20 | $198,776.87 | |
| Subtotal | $0.00 | $212,229.33 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $212,229.33 | |

| For the period of 10/01/2023 to 09/30/2024 | | For the entire history of the account between 03/04/2024 to 9/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $411,006.20 | Total Internal/Transfer Receipts: | $411,006.20 |
| | | | |
| Total Compensable Disbursements: | $212,229.33 | Total Compensable Disbursements: | $212,229.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $212,229.33 | Total Comp/Non Comp Disbursements: | $212,229.33 |
| Total Internal/Transfer Disbursements: | $198,776.87 | Total Internal/Transfer Disbursements: | $198,776.87 |

**FORM 2**
Page No: 6

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 23-57716 | | **Trustee Name:** | Jason L. Pettie |
| **Case Name:** | TIP TOP TUX, LLC | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***6969 | | **Checking Acct #:** | ******0053 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2023 | | **Blanket bond (per case limit):** | $40,160,000.00 |
| **For Period Ending:** | 09/30/2024 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $381,838.66 | $336,518.66 | $45,320.00 |

| For the period of 10/01/2023 to 09/30/2024 | | For the entire history of the account between 03/04/2024 to 9/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $494,499.66 | Total Compensable Receipts: | $494,499.66 |
| Total Non-Compensable Receipts: | ($112,661.00) | Total Non-Compensable Receipts: | ($112,661.00) |
| Total Comp/Non Comp Receipts: | $381,838.66 | Total Comp/Non Comp Receipts: | $381,838.66 |
| Total Internal/Transfer Receipts: | $609,783.07 | Total Internal/Transfer Receipts: | $609,783.07 |
| | | | |
| Total Compensable Disbursements: | $336,518.66 | Total Compensable Disbursements: | $336,518.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $336,518.66 | Total Comp/Non Comp Disbursements: | $336,518.66 |
| Total Internal/Transfer Disbursements: | $609,783.07 | Total Internal/Transfer Disbursements: | $609,783.07 |

/s/ JASON L. PETTIE

JASON L. PETTIE