**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| | § | **Chapter 7** |
| **TIP TOP TUX, LLC**, *et al.*, | § § | **Case No. 23-57716-JRS** |
| Debtors. | § § | |
| | § | **(jointly administered)** |

## NOTICE OF FIRM NAME CHANGE

The undersigned counsel of record for SL5 ATL Industrial 2, LP hereby give notice that the name of the attorneys' law firm has changed to **Troutman Pepper Locke LLP**. Effective January 1, 2025, the contact information for the undersigned counsel is as follows:

Steven J. Flynn
*steven.flynn@troutman.com*
**TROUTMAN PEPPER LOCKE LLP**
Terminus 200, Suite 2000
3333 Piedmont Road NE
Atlanta, GA 30305
(404) 870-4673 (Tel.)
(404) 806-5649 (Fax)

Steven Bryant
*steven.bryant@troutman.com*
**TROUTMAN PEPPER LOCKE LLP**
300 Colorado Street
Suite 2100
Austin, TX 78701
(512) 305-4726 (Tel.)
(512) 305-4800 (Fax)

**[SIGNATURE ON FOLLOWING PAGE]**

142820340v.1

Dated: January 16, 2025   Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/Steven J. Flynn*
Steven J. Flynn
Georgia Bar No. 313040
*steven.flynn@troutman.com*
Steven Bryant
*Admitted Pro Hac Vice*
*steven.bryant@troutman.com*
Troutman Pepper Locke LLP
Terminus 200, Suite 2000
3333 Piedmont Road NE
Atlanta, GA  30305
404-870-4673
404-806-5649 (fax)

*Counsel for SL5 ATL Industrial 2, LP*

142820340v.1

## **CERTIFICATE OF SERVICE**

I certify that, on January 16, 2025, a true and correct copy of the foregoing *Notice of Firm Name Change* was served via ECF on all parties who receive service in these Bankruptcy Cases via electronic case filing.

*/s/Steven J. Flynn*
Steven J. Flynn

142820340v.1