# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| **TIP TOP TUX, LLC**, *et al.*, § | |
| § | Case No. 23-57716-JRS |
| Debtors. § | |
| § | **(jointly administered)** |

## NOTICE OF CHANGE OF FIRM ADDRESS

The undersigned counsel of record for SL5 ATL Industrial 2, hereby gives notice that the address of the attorney's law firm has changed. Effective January 27, 2025, the contact information for the undersigned counsel is as follows:

>Steven J. Flynn
>*steven.flynn@troutman.com*
>**TROUTMAN PEPPER LOCKE LLP**
>600 Peachtree Street NE
>Suite 3000
>Atlanta, GA 30308
>(404) 870-4673 (Tel.)
>(404) 806-5649 (Fax)
>
>Steven Bryant
>*steven.bryant@troutman.com*
>**TROUTMAN PEPPER LOCKE LLP**
>300 Colorado Street
>Suite 2100
>Austin, TX 78701
>(512) 305-4726 (Tel.)
>(512) 305-4800 (Fax)

**[SIGNATURE ON FOLLOWING PAGE]**

143267697v.1

Dated: February 7, 2025.                     Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/Steven J. Flynn*
Steven J. Flynn
Georgia Bar No. 313040
*steven.flynn@troutman.com*
Steven Bryant
*Admitted Pro Hac Vice*
*steven.bryant@troutman.com*
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308
404-870-4673
404-806-5649 (fax)

*Counsel for SL5 ATL Industrial 2, LP*

143267697v.1

## **CERTIFICATE OF SERVICE**

      I certify that, on February 7, 2025, a true and correct copy of the foregoing *Notice of Change of Firm Address* was served via ECF on all parties who receive service in these Bankruptcy Cases via electronic case filing.

                                        */s/Steven J. Flynn*
                                        Steven J. Flynn